78-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SIXTEEN THIRTEEN MARINE S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SIXTEEN THIRTEEN MARINE S.A.,

 

           Plaintiffs,

                                            **RULE 7.1 STATEMENT**

    -against -

CONGENTRA AG,

           Defendant.
------------------------------------------------------------------x

       The Plaintiff, SIXTEEN THIRTEEN MARINE S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       February 8, 2008           FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff
                                        SIXTEEN THIRTEEN MARINE S.A.

                            By:   _____
                                 Michael E. Unger (MU 0045)
                                 80 Pine Street
                                 New York, NY 10005
                                 Telephone: (212) 425-1900/Facsimile: (212) 425-1901