78-08/MEU/SL

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SIXTEEN THIRTEEN MARINE S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

SIXTEEN THIRTEEN MARINE S.A.,



                  Plaintiffs,

**RULE 7.1 STATEMENT**

-against -

CONGENTRA AG,

                  Defendant.

---------------------------------------------------------------------x

The Plaintiff, SIXTEEN THIRTEEN MARINE S.A., by and through its undersigned

attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of

the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-

governmental party) certifies that they are not publicly traded entities and no publicly held

company owns 10% or more of their stock.

Dated: New York, New York
      February 8, 2008          FREEHILL HOGAN & MAHAR, LLP
                            Attorneys for Plaintiff
                            SIXTEEN THIRTEEN MARINE S.A.

             By:    _____
                            Michael E. Unger (MU 0045)
                            80 Pine Street
                            New York, NY 10005
                            Telephone: (212) 425-1900/Facsimile: (212) 425-1901