LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
CONGENTRA A.G.
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:   (212) 490-6050
Facsimile:   (212) 490-6070
Kevin J. Lennon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SIXTEEN THIRTEEN MARINE S.A.,                :         08 CV 1318 (HB)

      Plaintiff,                                              :         ECF CASE

  - against -                                                  :

CONGENTRA A.G.,                                          :

      Defendant.                                          :
-------------------------------------------------------------X

## NOTICE OF RESTRICTED APPEARANCE

Pursuant to Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Kevin J. Lennon of Lennon, Murphy & Lennon, LLC hereby make a restricted appearance on behalf of Defendant Congentra in the above-captioned action in order to defend against an alleged admiralty and maritime claim with respect to which there has been issued process in rem or process of attachment and garnishment.

This appearance is expressly restricted to the defense of said claim and is not an appearance for the purpose of any other motion, petition or claim with respect to which such process is not available or has not been served.

Dated: March 4, 2008
New York, NY

>Respectfully submitted,
>
>The Defendant,
>CONGENTRA A.G.
>
>By: _____
>Kevin J. Lennon
>LENNON MURPHY & LENNON, LLC
>The GrayBar Building
>420 Lexington Ave., Suite 300
>New York, NY 10170
>(212) 490-6050 (phone)
>(212) 490-6070 (fax)
>kjl@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on March 4, 2008, a copy of the foregoing Notice of Restricted Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Kevin J. Lennon
Kevin J. Lennon