UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIXTEEN THIRTEEN MARINE S.A.,            :    08 CV 1318 (HB)
                                         :
          Plaintiff,                     :    ECF CASE
                                         :
    - against -                          :
                                         :
CONGENTRA A.G.,                          :
                                         :
          Defendant.                     :
-----------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant certifies that the following are corporate parents, subsidiaries, or affiliates of the Defendant: NONE.

                                    The Defendant,
                                    CONGENTRA A.G.

                                    By: /s/ Kevin J. Lennon
                                        Kevin J. Lennon

                                    LENNON MURPHY & LENNON, LLC
                                    The GrayBar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    (212) 490-6050 (phone)
                                    (212) 490-6070 (fax)
                                    kjl@lenmur.com

2

## AFFIRMATION OF SERVICE

I hereby certify that on March 5, a copy of the foregoing Rule 7.1 Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _____
Kevin J. Lennon