LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
CONGENTRA A.G.
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:    (212) 490-6050
Facsimile:    (212) 490-6070
Kevin J. Lennon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SIXTEEN THIRTEEN MARINE S.A.,              :        08 CV 1318 (HB)
                                           :
            Plaintiff,                     :        ECF CASE
                                           :
      - against -                          :
                                           :
CONGENTRA A.G.,                            :
                                           :
            Defendant.                     :
-------------------------------------------------------------X

## DECLARATION IN SUPPORT
## OF MOTION TO VACATE MARITIME ATTACHMENT

State of Connecticut  )
                      )        ss: SOUTHPORT
County of Fairfield   )

      Kevin J. Lennon, being duly sworn, deposes and says:

      1.      I am a member of the Bar of this Court and represent the Defendant, Congentra

A.G. ("Congentra" or "Defendant") herein. I am familiar with the facts of this case and make

this Declaration in support of Congentra's motion to vacate Plaintiff, Sixteen Thirteen Marine

S.A.'s ("STM" or "Plaintiff") maritime attachment.

      2.      Annexed hereto as Exhibit "1" is a true and accurate copy of the Plaintiff's

Amended Verified Complaint.

3.    Annexed hereto as Exhibit "2" is a true and accurate copy of the Amended Ex

Parte Order dated February 20, 2008.

4.    Annexed hereto as Exhibit "3" is a true and accurate copy of the loadport

Statement of Facts.

5.    Annexed hereto as Exhibit "4" is a true and accurate copy of the discharge

Statement of Facts.

6.    Annexed hereto as Exhibit "5" is a true and accurate copy of the Russian Port

State Control report.

7.    Annexed hereto as Exhibit "6" are true and accurate copies of emails exchanged

between the Vessel Master and Vessel's commercial managers.

8.    Annexed hereto as Exhibit "7" are true and accurate copies of non-conformity

reports filed by the Vessel Master.

Dated: March 4, 2008
       Southport, CT

Kevin J. Lennon

Sworn to and subscribed to before me
this 5th day of March, 2008.

Mary Fedorchak

Notary Public/Commissioner of
Superior Court

–2–

# EXHIBIT 1

78-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SIXTEEN THIRTEEN MARINE S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 20 2008

U.S.D.C. S.D. N.Y.
CASHIER'S
08 Civ. 1318 (HB)

------------------------------------------------------------x

SIXTEEN THIRTEEN MARINE S.A.,

                        Plaintiff,

        -against-

CONGENTRA AG,

                        Defendant.

**AMENDED
VERIFIED COMPLAINT**

------------------------------------------------------------x

      Plaintiff, SIXTEEN THIRTEEN MARINE S.A. (hereinafter "STM") for its Amended

Verified Complaint against Defendant CONGENTRA AG (hereinafter "CONGENTRA") alleges

upon information and belief as follows:

      1.    This is an admiralty and maritime claim within the meaning of Rule 9(h) of the

Federal Rules of Civil Procedure in that it involves a claim for the breach of a maritime contract

of charter party. This case also falls under this Court's admiralty and maritime jurisdiction

pursuant to 28 U.S.C. §1333 and the Court's federal question jurisdiction pursuant to 28 U.S.C.

§1331 in that the action arises under the New York Convention on the Recognition and

Enforcement of Foreign Arbitral Awards, codified at 9 U.S.C. §201 *et seq.* and/or the Federal

Arbitration Act, 9 U.S.C. §1 *et seq.*

2.    At all times material hereto, Plaintiff STM was and still is a foreign business entity duly organized under the laws of a foreign country with an address at 80 Broad Street, Monrovia, Liberia.

3.    At all times relevant hereto, Defendant CONGENTRA was and still is a foreign business entity duly organized and existing under the laws of a foreign country with an address at 6301 Bahnhofstrasse 12, Zug, Switzerland.

4.    On or about October 10, 2007, Plaintiff STM, as disponent owner of the M/V NICHOLAS M, entered into a maritime contract of charter party with Defendant CONGENTRA, as charterer, at an agreed rate of hire, to carry a cargo of 30,204 metric tons of soyabean meal from San Lorenzo in Argentina to St. Petersburg in Russia, with the charter expected to take approximately 60 days.

5.    At 1100hrs on 2nd December 2007, during discharge at St. Petersburg, a relatively small quantity of damaged/wetted cargo was found below the surface layer of the cargo in Hold No. 4 only. At 1525hrs on 15th December 2007 a smaller quantity of damaged/wetted cargo was found in hold No. 2.

6.    The amount of damaged cargo found by the Russian official inspectors was 150.12 metric tons in No.4 hold and 64.12 metric tons in No.2 hold.

7.    After the discovery of the damaged cargo, Defendant CONGENTRA, the cargo receivers - Euroweg, and their agents - Anteks, acting in concert, demanded security for US$2,790,000 and threatened to arrest the vessel.

8.    On 24th December 2007, the vessel's P&I Club (insurance company), The American Steamship Owners Mutual Protection and Indemnity Association Inc., posted security in the amount of US$322,271 plus interest and costs.

9.    Testing of the cargo during the period in question determined that none of the damage was caused by contact with seawater damage – meaning that the damage was all due to pre-shipment conditions for which Plaintiff, STM, was neither liable nor responsible.

10.    Nonetheless, and in bad faith, Defendant CONGENTRA and non-parties Euroweg, and Anteks refused throughout the material period to discharge the cargo and to segregate it as to good and damaged ashore, thereby extensively delaying the vessel from completing her discharge operations.

11.    On or about 29th December 2007, Defendant CONGENTRA and non-parties Euroweg, and Anteks sought to delay the vessel further by requesting ultrasound tests within the holds. They had a contractual right to carry out such testing at the loadport but did not opt to do so. They threatened to obtain an order of the English High Court. Pliantiff STM pointed out that the requests were only seeking to delay the vessel and refused. No order of the English High Court was ever presented to the vessel thereafter. At about this time, Defendant CONGENTRA and non-parties Euroweg, and Anteks learned that the vessel's classification society had temporarily withdrawn the vessel's certificate of class pending repairs to a hydraulic lifting mechanism for the hatch covers of No.6 hold [where no cargo damage was found].

12.    Defendant CONGENTRA and non-parties Euroweg, and Anteks at this point in time "persuaded" Russian Port State Control officials to go on board and detain the ship for a number of days in an attempt to gather evidence against the vessel to help support their dubious claims. The Russian Port State Control eventually released the vessel without any serious deficiencies having been found that would warrant detention. No explanation has been provided as to why Defendant CONGENTRA waited over three weeks after the first discovery of damaged cargo on board to involve the Russian Port State Control.

13.     As a result of the improper actions of Defendant CONGENTRA and non-parties Eurowegm, and Anteks, the vessel missed the December 31, 2007 cancelling date, a date extended from the original December 23, 2007 cancelling date (ie. date on which the vessel must be delivered into service or the charterer has the option of cancelling the charter) for her next charter to non-party Britannia Bulkers.

14.     Given that the market rate for like vessels was at that time decreasing and the NICHOLAS M could be replaced by Britannia at a cheaper rate, Britannia cancelled the charter.

15.     On or about January 2, 2008, it was determined that the vessel had no problems which justified her detention by the Russian Port State Control authorities, the classification society having previously returned the certificate of class after the hydraulic mechanism was repaired prior to December 31, 2007.

16.     Plaintiff STM had entered into the Britannia charter (a time charter trip for about 45 days at US$40,000/day to South America) with the objective of thereafter securing a cargo from South America to the Far East so as to be in the Far East for her scheduled dry-docking and Class intermediate survey in April 2008. In the Far East, repair costs are roughly a third of what they are in Europe.

17.     Had the Britannia charter been performed, the vessel would have earned US$1,800,000 for Plaintiff STM.

18.     Had the South America to Far East fixture been performed, Plaintiff STM estimates that it would have earned a further US$2,205,000 (52.5 days x US$42,000) plus an additional ballast bonus of US$550,000.

19.     As a result of the delays due to the unwarranted and improper interference of Defendant CONGENTRA and its agents, the vessel lost its employment with Britannia.

20.     The vessel stayed within St. Petersburg waters for as long as possible seeking to gain alternative employment but was eventually forced out into the Gulf of Finland.

21.     Because the vessel is over 20 years of age and is no longer physically present within the port of St. Petersburg, it is not permitted to enter another port in the area to take a cargo due to the Baltic Ice Campaign Regulations.

22.     Plaintiff STM has accordingly directed the vessel to depart the Gulf of Finland with no present employment.

23.     To mitigate its damages, Plaintiff STM has fixed the M/V NICOLAS M on a substitute charter for a period of about 35 days at a hire rate of $35,703 per day pro rata, totaling $1,074,605 for the entire charter period.

24.     As a result of the breach of charter and/or wrongful interference in its business by Defendant CONGENTRA and the conspiracy between Defendant CONGENTRA and non-parties Euroweg, and Anteks, Plaintiff STM has been damaged as near as best can be presently estimated in the sum of US$4,505,000 less amounts to be earned under the substitute charter in the sum of US$1,074,605 = US$3,430,395.

25.     Defendant CONGENTRA has since entered into a separate charter party for use of the M/V PRIMERA.

26.     CONGENTRA will be making a hire payment to non-party Dryships (Economou) in connection with the M/V PRIMERA in the approximate amount of US$2,000,000 to US$2,500,000.

27.     CONGENTRA will be making this hire payment to Dryships (Economou) through non-parties Uniapro, OOO Euroweb Zerno, OOO Antks and/or QDV Complex Ltd., which would act under the circumstances as agents or as paying agents of CONGENTRA.

28. The charter party provides for the application of English law and disputes between the parties to be resolved by arbitration in London, England and STM specifically reserves its right to arbitrate the substantive matters at issue. Arbitration has been commenced as Plaintiff STM has appointed its arbitrator and given notice of the appointment to Defendant CONGENTRA which has, despite obtaining security from STM's P&I Club, not appointed its arbitrator.

29. This action is brought *inter alia* pursuant to 9 U.S.C. §8 in order to obtain security for Plaintiff STM's claims made or to be made in arbitration in London under English law, as agreed by the parties.

30. As a regular feature of English law and arbitration, attorneys fees are awarded to the successful litigant, along with costs, disbursements, the cost of the arbitration, and interest, all of which constitutes a part of the Plaintiff's main claim and the amount sued for herein.

31. Plaintiff STM estimates, as nearly as can presently be computed, that the legal expenses and costs of prosecuting its claims in London arbitration will be $200,000. Interest anticipated to be awarded is estimated to be $510,723.32 (calculated at the rate of 7% per annum compounded quarterly for a period of 2 years, the estimated time for completion of the proceedings in London).

32. In all, the claim for which Plaintiff STM sues in this action, as near as presently may be estimated, totals $4,141,118.32, no part of which has been paid by Defendant CONGENTRA. Plaintiff STM specifically reserves its right to amend this figure and to seek an increase in the amount of security should such sum appear to be insufficient to fully secure STM.

## Request for Rule B Relief

33.     Upon information and belief, and after investigation, Defendant cannot be "found" within this District for the purpose of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims, but Plaintiff believes that Defendant has, or will shortly have, assets within this District comprising, *inter alia*, cash, funds, escrow funds, credits, debts, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire and/or sub-charter hire, of, belonging to, due or for the benefit of Defendant CONGENTRA AG (collectively hereinafter, "ASSETS"), including but not limited to charter hire payments made to Dryships (Economou) in connection with the M/V PRIMERA made in its own name and/or made for its benefit through, by or on its behalf through its paying agents Uniapro, OOO Euroweg Zerno, OOO Anteks and/or QDV Complex Ltd., including but not limited to ASSETS in its name and/or being transferred for its benefit at, moving through, or being transferred and/or wired to or from banking institutions or such other garnishees who may be served with a copy of the Process of Maritime Attachment and Garnishment issued herein.

34.     The total amount sought to be attached pursuant to the above is $4,141,118.32.

WHEREFORE, Plaintiff SIXTEEN THIRTEEN MARINE S.A. prays:

a.      That process in due form of law according to the practice of this Court may issue against Defendant citing it to appear and answer the foregoing;

b.      That if Defendant cannot be found within this District pursuant to Supplemental Rule B that all tangible or intangible property of Defendant up to and including $4,141,118.32 be restrained and attached, including, but not limited to any cash, funds, escrow funds, credits, debts, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire and/or sub-charter

7

hire, of, belonging to, due or being transferred from or for the benefit of Defendant CONGENTRA AG, including but not limited to charter hire payments made to Dryships (Economou) in connection with the M/V PRIMERA made in its own name and/or made for its benefit through, by or on its behalf through its paying agents Uniapro, OOO Euroweg Zerno, OOO Anteks and/or QDV Complex Ltd., including but not limited to ASSETS in its name and/or being transferred for its benefit at, through, or within the possession, custody or control of such banking institutions and/or any such other garnishees who may be served with a copy of the Process of Maritime Attachment and Garnishment issued herein;

c.     That this Court retain jurisdiction over the matter for any further or supplemental proceedings as may be necessary, including but not limited to the recognition and enforcement of any award entered against the Defendant in the London proceedings; and

d.     For such other, further and different relief as this Court may deem just and proper in the premises.

Dated: New York, New York
        February 19, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SIXTEEN THIRTEEN MARINE S.A.

By: _____

        Michael E. Unger (MU 0045)
        80 Pine Street
        New York, NY 10005
        (212) 425-1900

## ATTORNEY VERIFICATION

State of New York   )
                    ) ss.:
County of New York  )

MICHAEL E. UNGER, being duly sworn, deposes and says as follows:

1. I am a partner with the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiff in this action, I have read the foregoing Amended Verified Complaint and know the contents thereof, and the same is true to the best of my knowledge, information and belief.

2. The sources of my information and the grounds for my belief are communications, information and documentation provided by our client and/or by solicitors representing our client.

3. The reason this verification is made by an attorney and not by the Plaintiff is because the Plaintiff is a foreign entity, none of whose officers are presently within this Judicial District.

Michael E. Unger

Sworn to before me this
19th day of February 2008

Notary Public
MELISSA COLFORD
Commissioner of Deeds
City of New York-No. 5-1692
Certificate Filed in New York
Commission Expires 4/11/ 08

# EXHIBIT 2

$BAEA,5,$

78-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SIXTEEN THIRTEEN MARINE S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SIXTEEN THIRTEEN MARINE S.A.,

                       Plaintiff,

-against-                   AMENDED

CONGENTRA AG,

                       Defendant.
----------------------------------------------------------------X

08 CIV 1318 (HB)

ORDER
DIRECTING CLERK TO
ISSUE PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT;
APPOINTING PERSON(S) TO
SERVE PROCESS
PURSUANT TO RULE 4(c);
and DEFINING SCOPE OF
SERVICE

Upon reading and filing the Amended Verified Complaint of the Plaintiff herein, verified on the 19th day of February, 2008, and the Affidavit of Michael E. Unger, sworn to on the 8th day of February, 2008, that to the best of his information and belief, the Defendant CONGENTRA AG cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and in support of an order appointing a special process server pursuant to Rule 4(c), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist, and good cause having been shown; and

NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby

NYDOCS1/298594.1

MICROFILMED
FEB 2 1 2008 —9 ⊠ AM

O R D E R E D that the Clerk of this Court is directed forthwith to issue the Amended Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendant, as described therein, including but not limited to any property in which the Defendant has an interest, including but not limited to any cash, funds, escrow funds, debts, credits, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, and/or any other assets of, belonging to, due or being transferred to, from, or for the benefit of the Defendant CONGENTRA AG, (hereinafter "ASSETS"), including but not limited to charter hire payments made to Dryships (Economou) in connection with the M/V PRIMERA made in its own name and/or made for its benefit through, by or on its behalf through its paying agents Uniapro, OOO Euroweg Zerno, OOO Anteks and/or QDV Complex Ltd., including but not limited to such ASSETS as may be held, received or transferred for its benefit at, through, or within the possession, custody or control of banking institutions and/or other institutions and/or such other garnishee(s) on whom a copy of the Amended Process of Maritime Attachment and Garnishment may be served, in the amount of $4,141,118.32 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure in respect to the claim against the Defendant, as identified in the Amended Verified Complaint and as specified in the Amended Process; and it is further

O R D E R E D that supplemental amended process enforcing the Court's Order may be issued and served without further Order of the Court; and it is further

O R D E R E D that Lawrence Kahn, Barbara Carnevale, Pamela Shultz, Justin Nastro, Daniel Fitzgerald, Michael Elliot, Jan Gisholt, Susan Lee, Robert Ridenour, Joan Sorrentino, Christina Gargano, or any other partner, associate, paralegal or other agent of Freehill Hogan &

Mahar LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Amended Process of Attachment and Garnishment and the Amended Verified Complaint, together with a copy of this Order and any Interrogatories, upon any garnishee(s) named in the Amended Process, together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on behalf of the Defendant; and it is further

O R D E R E D that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Amended Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, such service to be in accordance with each garnishee's preference or policy, and such facsimile or other electronic transmission shall be deemed to be made within the district if it has been sent from within the district; and it is further

O R D E R E D that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service, and that same service is further deemed to be effective through the end of the next business day provided another service is made during the next business day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each garnishee may consent, in writing, to accept service by any other means.

Dated: New York, New York
       February _20_ , 2008

                                    _____
                                    Hon. Harold Baer, Jr., U.S.D.J.
                                    ᴸᴬᵁᴿᴱᴺᶜᴱ ᴹ ᴹᶜᴷᴱᴺᴺᴬ
                                    PART I

NYDOCS1/298694.1                                    3

# EXHIBIT 3

 Maritime S.A.

## STATEMENT OF FACTS

Page 1

| | | |
|---|---|---|
| M/V: | **NICHOLAS M.** | **PORT OF SAN LORENZO** |
| Flag: | ST. VINCENT & GRENADINES | |
| Master: | APILADO, AMAGOY C. | Bunkers on arrival: FOR.: 818,60 mt |
| Cargo: | SOYA MEAL IN BULK | MGOIL: 179,42 mt FW: 182,00 mt |
| | | Bunkers on sailing: FOR.: 520,5% mt |
| Arrived at roads: | 18/10/2007 - 03:36 hrs. | MDOIL: 157, 5 mt FW: 160 mt |
| Berthed: | 18/10/2007 - 11:45 hrs. | Draft on arrival: |
| Commenced operations: | 18/10/2007 - 14:25 hrs. | Fore: 5,78 mts Aft: 5,54 mts |
| Completed operations: | 30/10/2007 - 12.00 hrs. | Draft on sailing: |
| Sailed: | 30/10/2007 - 16:00 hrs. | Fore: mts Aft: mts |

| Date | | Time | Observations |
|---|---|---|---|
| 15/10/2007 | Mon | 13:00 hrs | Arrived at Recalada P.S. |
| | | 14:00 hrs | P.O.B. And proceeded. |
| | | 23:13 hrs | Arrived and dropped anchors at Common Zone (lightening area) to perform owners' matters. |
| | | 23:18 hrs | Free pratique and clearance for arrival granted. |
| 16/10/2007 | Tue | 02:10 hrs | m/t VALIENTE turned broadside alongside to supply bunkers. |
| | | 13:00 hrs | m/t VALIENTE finished bunkers delivery. |
| | | 21:40 hrs | Electric motor was delivered on board the m/v NICHOLAS M, as per owners instructions. |
| | | 23:30 hrs | Clearance for departure granted. |
| 17/10/2007 | Wed | 06:30 hrs | m/t ING. RECCA turned broadside alongside to supply bunkers. |
| | | 08:15 hrs | m/t ING. RECCA finished 2nd round of bunkers delivery. |
| | | 10:33 hrs | P.O.B. |
| | | 11:00 hrs | Proceeded to San Lorenzo. |
| 18/10/2007 | Thu | 09:36 hrs | Arrived at San Lorenzo roads. NOTICE OF READINESS tendered by Master to all concerned parties. |
| | | 11:08 hrs | First line ashore. |
| | | 11:45 hrs | Made all fast at NIDERA berth. |
| | | 13:00 hrs | Clearance for arrival granted. |
| | | 14:00 hrs | Cargo holds nos. 1-2-3-4-5-6-7 inspected and approved for loading by Master, SENASA and SCHUYTER surveyors. |
| | | 14:20 hrs | Prior-loading re-inspection passed. |
| | | 14:25 hrs | Commenced loading SBM into no. 4 hold (NIDERA parcel). SHIFT FROM 14:25 HRS TO 18:00 HRS: Hold no 4. 2.300.000 kilos |
| | | 18:00 hrs | SHIFT FROM 18:00 HRS TO 22:05 HRS: Overtime ordered by the charterers/shippers. Hold no 4 2.637.000 kilos |
| | | 22:05 hrs | Completed loading at NIDERA berth upon filling up cargo holds no. 4 up to total cargo of 4.937.000 kilos of SOYA MEAL in bulk. |
| | | Agent's Signature | Continue on page 2.- Master's signature |

**Buenos Aires Office**
Marqués Sáenz 323 - 9° Piso - Ofic. 172
Edificio Puerto Aires Plaza - Dique III
Puerto Madero C/Pte
(1107) Buenos Aires - Republica Argentina
Phone: (+54 11) 5254.0026 (Revolving lines)

**B&G Marítimo S.A.**
E-mail: ops@gmaritima.com.ar
b&g@maritime.com.ar
Web: www.bgmaritima.com.ar
Telex (via meeting): 17283and&G 6
Fax: (+54 11)5278.8462

**San Lorenzo Office**
9 de Julio 540
San Lorenzo
(2200) Provincia de Santa Fe
República Argentina
Phone: (+54 3476) 455276/80



B&G Maritime S.A.

| M/V: | NICHOLAS M | | Page 2 |
| Flag: | ST. VINCENT & GRENADINES | | PORT OF SAN LORENZO |

| Date | Time | Observations |
|---|---|---|
| 18/10/2007 | Thu 22:00 hrs | P.O.B. |
| | 23:18 hrs | Un-moored from NIDERA berth. |
| 19/10/2007 | Fri 01:50 hrs | Dropped anchors at San Lorenzo roads at TERMINAL 6 was occupied by the m/v WORLD SWAN. |
| | 12:45 hrs | The m/v WORLD SWAN un-moored from TERMINAL 6. |
| | 14:00 hrs | The m/v ALTAIR berthed at TERMINAL 6. |
| 20/10/2007 | Sat | Berth occupied by m/v ALTAIR. |
| 21/10/2007 | Sun 02:20 hrs | P.O.B. |
| | 02:48 hrs | Commenced heaving port and starboard anchors. |
| | 02:50 hrs | The m/v ALTAIR un-moored from TERMINAL 6. |
| | 03:00 hrs | Stopped heaving port anchor; starboard anchor motor stopped by itself. |
| | 04:30 hrs | After checking the starboard windlass motor it was found to be burnt. |
| | 05:00 hrs | Master informed vessel was not in conditions to proceed alongside as the starboard windlass motor was out of order. |
| | 09:54 hrs | Pilot on. |
| | 10:20 hrs | The m/v NAVISION LOGGER berthed at TERMINAL 6. |
| 22/10/2007 | Mon 12:30 hrs | The m/v NAVISION LOGGER un-moored from TERMINAL 6. |
| | 13:10 hrs | The m/v BROADGATE berthed at TERMINAL 6. |
| 23/10/2007 | Tue 07:15 hrs | The m/v BROADGATE un-moored from TERMINAL 6. |
| | 08:00 hrs | The m/v CANOPUS berthed at TERMINAL 6. |
| | 23:10 hrs | The m/v CANOPUS un-moored from TERMINAL 6. |
| 24/10/2007 | Wed 01:00 hrs | The m/v CALYPSO N berthed at TERMINAL 6. |
| | 10:40 hrs | The m/v CALYPSO N un-moored from TERMINAL 6. |
| | 12:25 hrs | The m/v SITUS STAR berthed at TERMINAL 6. |
| 25/10/2007 | Thu 01:00 hrs | The m/v SITUS STAR un-moored from TERMINAL 6. |
| | 02:45 hrs | The m/v SPEEDY FALCON berthed at TERMINAL 6. |
| 26/10/2007 | Fri | Berth occupied by the m/v SPEEDY FALCON. |
| 27/10/2007 | Sat 09:00 hrs | Master informed vessel's starboard windlass was repaired and therefore vessel in good conditions to proceed alongside when instructed. |
| | | Since the m/v SPEEDY FALCON undergone de-ballasting problems thus being uncertain the completion time at TERMINAL 6-NORTH BERTH so the m/v NICHOLAS M rescheduled for VICENTIN berth that was occupied by the m/t CLIPPER KITTY. |
| 28/10/2007 | Sun 09:00 hrs | P.O.B. |
| | 10:40 hrs | Weighed anchors. |
| | 12:05 hrs | Dropped anchors back at SAN LORENZO roads due to main engine problems. |
| | 13:00 hrs | The m/t CLIPPER KITTY un-moored from VICENTIN berth. |
| | 13:25 hrs | Weighed anchors and proceeded to berth after solving main engine problems. |
| | 15:12 hrs | First line ashore. |

Agent's Signature                    Continues on page 3.-                    Master's signature

Buenos Aires Office
Manuela Saenz 323 - 5° Piso - Ofic. 573
Estado Buenos Aires Plaza - Dique III
Puerto Madero Este
(1107) Buenos Aires - República Argentina
Phone: (+54 11) 5254.0080 (Rotativas lines)

B&G Maritime S.A.
E-mail: oper@bmaritime.com.ar
b&g@maritma.com.ar
Web:  www.bgmaritime.com.ar
Telex (vía swedish): 62250ANBG S
Fax: (+54 11) 5270.5482

San Lorenzo Office
9 de Julio 349
San Lorenzo
(2200) Provincia de Santa Fe
República Argentina
Phone: (+54 3476) 43337883

B&G Maritime S.A.

| M/V: | NICHOLAS M | | Page 3 |
| Flag: | ST. VINCENT & GRENADINES | | PORT OF SAN LORENZO |

| Date | | Time | Observations |
|---|---|---|---|
| 28/10/2007 | Sun | 15:50 hrs | Made all fast at VICENTIN berth. |
| | | 16:15 hrs | Cargo holds re-inspected. |
| | | 16:20 hrs | Commenced loading VICENTIN cereal by two gangs. |
| | | | SHIFT FROM 1620 HRS TO 1800 HRS: |
| | | | Overtime ordered by the charterers. |
| | | | Hold no 2         1,520.000 kilos |
| | | | Hold no 6         1,000.000 kilos |
| | | | Total cargo loaded   2,520.000 kilos |
| | | | SHIFT FROM 18:00 HRS TO 22:00 HRS: |
| | | | Overtime ordered by the charterers. |
| | | | Hold no 2         4,529.000 kilos |
| | | | Hold no 6         1,132.000 kilos |
| | | | Total cargo loaded   5,661.000 kilos |
| | | 22:00 hrs | Completed loading at VICENTIN berth with a total cargo of 7,700.000 kilos |
| | | | of SOYA MEAL in bulk. |
| | | 22:30 hrs | P.O.B. |
| | | 22:44 hrs | Un-moored from VICENTIN berth. |
| 29/10/2007 | Mon | 00:05 hrs | Dropped anchors at SAN LORENZO roads as TERMINAL 6 - NORTH |
| | | | BERTH was occupied by the m/v STOLT INTEGRITY. |
| | | 14:42 hrs | P.O.B. |
| | | 15:03 hrs | The m/v STOLT INTEGRITY un-moored from TERMINAL 6. |
| | | 15:43 hrs | m/v NICHOLAS M weighed anchors and proceeded to berth. |
| | | 16:05 hrs | First line ashore. |
| | | 16:50 hrs | Made all fast at TERMINAL 6 - NORTH BERTH. |
| | | 17:20 hrs | Cargo holds re-inspected. |
| | | 17:35 hrs | Commenced loading by two gangs. |
| | | | SHIFT FROM 17:15 HRS TO 18:00 HRS: |
| | | | Hold no 3         100.000 kilos |
| | | | Hold no 5         150.000 kilos |
| | | | Total cargo loaded   250.000 kilos |
| | | 18:00 hrs | SHIFT FROM 18:00 HRS TO 24:00 HRS: |
| | | | Overtime ordered by the charterers. |
| | | | Hold no 1         500.000 kilos |
| | | | Hold no 3         3,412.000 kilos |
| | | | Hold no 5         3,511.000 kilos |
| | | | Hold no 7         950.000 kilos |
| | | | Total cargo loaded   8,373.000 kilos |
| 30/10/2007 | Tue | 00:00 hrs | SHIFT FROM 00:00 HRS TO 06:00 HRS: |
| | | | Overtime ordered by the charterers. |
| | | | Hold no 1         2,144.000 kilos |
| | | | Hold no 3         97.000 kilos |
| | | | Hold no 5         69.000 kilos |
| | | | Hold no 6         3,346.000 kilos |
| | | | Hold no 7         1,050.000 kilos |
| | | | Total cargo loaded   5,706.000 kilos |
| | | | Continue on page 4.- | |

B&G Maritime S.A.

Buenos Aires Office
Marítíma Edenc 223 - 4° Piso - Ofic. 173
Edificio Buenos Aires Plaza - Dique III
Puerto Madero Este
(1107) Buenos Aires - Rec.úblíca Argentina
Phone: (+54 11) 2254.0060 (Revolving lines).

E-mall: opsc@maritime.com.ar
bkg@maritime.com.ar
Web: www.bgmaritime.com.ar
Telux (via sweden): 6225BANDG 5
Fax: (+54 11) 5772.9362

San Lorenzo Office
9 de Julio 745
San Lorenzo
(2200) Provincia de Santa Fe
República Argentina
Phone: (+54 3476) 4300/5/8/9





B&G Maritime S.A.

| M/V: | NICHOLAS M | | Page 4 |
| Flag: | ST. VINCENT & GRENADINES | | PORT OF SAN LORENZO |

| Date | Time | Observations |
|---|---|---|
| 10/18/2007 | Tue | 06:00 hrs | SHFT FROM 06;00 HRS TO 12:00 HRS; |
| | | Hold no 1              556.000 kilos |
| | | Hold no 6            1.209.000 kilos |
| | | Hold no 7            1.406.000 kilos |
| | | Total cargo loaded        3.171.000 kilos |
| | 10/30/11:10 hrs | No loading while O/Off war checking draft and making calculations. |
| | 12:00 hrs | SHFT FROM 12:00 HRS TO 12:30 HRS: |
| | | Hold no 7              67.000 kilos |
| | | Total cargo loaded       67.000 kilos |
| | 12:00 hrs | F.O.B. |
| | 12:30 hrs | Completed loading at TERMINAL 6 – NORTH BERTH with a total |
| | | cargo of 17.567.000 Kilos of SOYA MEAL in bulk. |
| | 15:30 hrs | Cleared-out by Port Authorities. |
| | 16:00 hrs | Sailed. |
| | | |
| | | Total cargo loaded at SAN LORENZO: 39.204.000 kilos of SOYA MEAL. |
| | | Shippers; |
| | | NIDERA S.A.          4.937.000 kilos |
| | | VICENTIN S.A.I.C.      7.793.000 kilos |
| | | BUNGE ARGENTINA S.A.     8.500.000 kilos |
| | | AGD S.A.            9.067.000 kilos |
| | | |
| | | Loaded per hold: |
| | | Hold no 1    3.289.000 kilos / FULL |
| | | Hold no 2    5.568.000 kilos / FULL |
| | | Hold no 3    3.609.000 kilos / FULL |
| | | Hold no 4    4.937.000 kilos / FULL |
| | | Hold no 5    3.739.000 kilos / FULL |
| | | Hold no 6    5.687.000 kilos / FULL |
| | | Hold no 7    3.475.000 kilos / FULL |

MARITIMA MEGSA S.R.L.
-As Agents Only-

MASTER REMARK:
18TH OCTOBER
0500-5700 ANCHOR MOTOR INSTALLED BY HEAVY TRIP
AND READY FOR BERTHING.
1205-1256 - VESSEL PROPPED ALONGSIDE WAITING FOR
BERTH TO BE CLEARED BY OTHER VESSEL



Buenos Aires Office
Manuela Sáenz 323 – 8° Piso – Ofic. 173
Edificio Buenos Aires Plaza - Dique II:
Puerto Madero Este
(1107) Buenos Aires - República Argentina
Phone: (+54 11) 5254.0082 (Rotative lines)

B&G Maritime S.A.
E-mail: cpar@maritime.com.ar
b&g@maritime.com.ar
Web:  www.bgmaritime.com.ar
Telex (via sweden): 6285BANGIG B
Fax: (+54 11) 5275.8452

San Lorenzo Office
9 de Julio 345
San Lorenzo
(2200) Provincia de Santa Fe
República Argentina
Phone: (+54 3476) 433373300

# EXHIBIT 4

| 1. Agents ANTEKS / ST.PETERSBURG | STANDART STATEMENT OF FACTS (short form) RECOMENDED BY THE BALTIC AND INTERNATIONAL MARITIME CONFERENCE (BIMCO) AND THE FEDERATION OF NATIONAL ASSOCIATION OF SHIP BROKERS AND AGENTS | |
|---|---|---|
| 2. Vessel's name m/v " NICHOLAS M. " | 3. Port of Place ST.PETERSBURG / Berth # 39 and # 23 | |
| 4. Owners/ Disponent Owners SIXTEEN THIRTEEN MARINE S.A. | 5. Vessel moored 01.12.07 1045 | |
| | 6. Loading commenced | 8. Loading completed |
| 8. Cargo    SOYBEANMEAL HIPRO IN BULK | 9. Discharging commenced 03.12.07 0225 | 10. Discharging completed 28.12.07 1840 |
| | 11. | 12. |
| 13. Charter Party dated | 14. Working/meal hours of the port 0800-2000; 2000-0800 working hrs 1300-1400; 0100-0200 meal hrs 0700-0800; 1900-2000 shift gangs | 15. |
| 16. Bill of Lading quantity 30204.00 mtns | 17. Outturn quantity | 18. Cargo documents on board | 19. Vessel sailed |
| 20.Vessel arrived at anchorage 01.12.07 0125 | 21. Pilot on board 01.12.07 0610 | 22. Draft on arrival (fore and aft) F/8,90 m    A/10,38 m | 23.Draft on sailing (fore and aft) F/    m   A/    m |
| 24. Notice of readiness tendered 01.12.07 0000 | | 25. Vessel arrived    from SAN LORENZO | 26. Vessel sailed to |
| 27. Next tide available | 28. Weighed anchor 01.12.07 0510 | 29. FIRST ROPE: 01.12.07 1000 | |
| 30. Free Pratique given 01.12.07 1300 | | 31. | |

DETAILS OF DAILY WORKING

| Date | Day | Hours worked | | Hours stopped | | Quantity | Remarks |
|---|---|---|---|---|---|---|---|
| | | From | To | From | To | Load./dis | |
| 01/12 | SAT | | | | 0000 | | E.O.S.P./N.O.R.T./Vessel arrived at pilot station |
| | | | | 0000 | 0125 | | Vessel anchored at p/st area |
| | | | | 0125 | 0510 | | Awaiting pilotage due to one way traffic at sea canal* |
| | | | | 0510 | 0610 | | Weighed anchor, vessel proceeds to the pilot |
| | | | | 0610 | 1000 | | P.O.B./ Pilotage into the port |
| | | | | 1000 | 1045 | | Mooring operations/two tugboats used |
| | | | | 1045 | 1100 | | Preparation of gangway |
| | | | | 1100 | 1145 | | Awaiting inward clearance due to lack of customs, immigrations officers |
| | | | | 1145 | 1200 | | Inward clearance by customs, immigrations and quarantines officers |
| | | | | 1200 | 2400 | | Awaiting Customs clearance of cargo |
| 02/12 | SUN | | | 0000 | 0920 | | Awaiting Customs clearance of cargo |
| | | | | | 1100 | | Wetting in hold no.4 found. Discharge from hold No.4 prohibited by state authorities due to damaged cargo |
| | | | | 0920 | 2000 | | No discharging due to snow |
| | | | | 2000 | 2130 | | Awaiting discharging due to lack of wagons |
| | | | | 2130 | 2400 | | No discharging due to snow |
| 03/12 | MON | | | 0000 | 0225 | | Awaiting discharging due to lack of wagons |
| | | 0225 | 0305 | | | | Discharging commenced |
| | | | | 0305 | 0355 | | No discharging/stevedores breaktime |
| | | 0355 | 0730 | | | | Discharging |
| | | | | 0730 | 0840 | | No discharging/stevedores breaktime |
| | | 0840 | 1100 | | | | Discharging |
| | | | | 1100 | 1150 | | No discharging/stevedores breaktime |
| | | 1150 | 1305 | | | | Discharging |
| | | | | | | | Awaiting discharging due to lack of wagons |
| | | | | 1305 | 1720 | | Awaiting discharging due to lack of wagons |
| | | | | 1720 | 2400 | | No discharging due to snow |
| 04/12 | TUE | | | 0000 | 0515 | | No discharging due to snow |
| | | 0515 | 0725 | | | | Discharging |
| | | | | 0725 | 1100 | | No discharging due to snow |
| | | 1100 | 1515 | | | | Discharging |
| | | | | 1515 | 1615 | | No discharging/stevedores breaktime |
| | | 1615 | 1820 | | | | Discharging |
| | | | | 1820 | 2020 | | No discharging due to lack of wagons |

| Date | Day | | | | | Remarks |
|------|-----|------|------|------|------|---------|
| | | 2020 | 2210 | | | Discharging |
| | | | | 2210 | 2400 | No discharging due to lack of wagons |
| 05/12 | WED | | | 0000 | 0100 | No discharging due to lack of wagons |
| | | 0100 | 0305 | | | Discharging |
| | | | | 0305 | 0435 | No discharging/stevedores breaktime |
| | | 0435 | 0630 | | | Discharging |
| | | | | 0630 | 0805 | No discharging/stevedores breaktime |
| | | | | 0805 | 0830 | No discharging due to rain |
| | | | | 0830 | 1225 | No discharging due to lack of wagons |
| | | 1225 | 1520 | | | Discharging |
| | | | | 1520 | 1630 | No discharging/stevedores breaktime |
| | | 1630 | 1910 | | | Discharging |
| | | | | 1910 | 2010 | No discharging/stevedores breaktime |
| | | 2010 | 2135 | | | Discharging |
| | | | | 2135 | 2400 | No discharging due to lack of wagons |
| 06/12 | THU | | | 0000 | 0120 | No discharging due to lack of wagons |
| | | 0120 | 0300 | | | Discharging |
| | | | | 0300 | 0415 | No discharging/stevedores breaktime |
| | | 0415 | 0520 | | | Discharging |
| | | | | 0520 | 1505 | No discharging due to lack of wagons |
| | | | | 1505 | 1535 | No discharging due to rain |
| | | | | 1535 | 2000 | No discharging due to lack of wagons |
| | | | | 2000 | 2330 | POB/Shifting fm berth # 39 to berth # 23 / three tugs used |
| | | | | 2330 | 2400 | No discharging due to lack of wagons |
| 07/12 | FRI | | | 0000 | 1855 | No discharging due to lack of wagons |
| | | 1855 | 2015 | | | Discharging |
| | | | | 2015 | 2045 | No discharging/stevedores breaktime |
| | | 2045 | 2330 | | | Discharging |
| | | | | 2330 | 2400 | No discharging/stevedores breaktime |
| 08/12 | SAT | | | 0000 | 0030 | No discharging/stevedores breaktime |
| | | 0030 | 0400 | | | Discharging |
| | | | | 0400 | 0630 | No discharging due to rain |
| | | | | 0630 | 0725 | No discharging/stevedores breaktime |
| | | | | 0725 | 0745 | No discharging due to rain |
| | | | | 0745 | 1250 | No discharging due to lack of wagons |
| | | | | 1250 | 1405 | No discharging due to rain |
| | | 1405 | 1830 | | | Discharging |
| | | | | 1830 | 1940 | No discharging/stevedores breaktime |
| | | | | 1940 | 2030 | No discharging due to rain |
| | | 2030 | 2400 | | | Discharging |
| 09/12 | SUN | 0000 | 0010 | | | Discharging |
| | | | | 0010 | 0315 | No discharging due to lack of wagons |
| | | 0315 | 0650 | | | Discharging |
| | | | | 0650 | 0820 | No discharging/stevedores breaktime |
| | | 0820 | 1155 | | | Discharging |
| | | | | 1155 | 1400 | No discharging/stevedores breaktime |
| | | 1400 | 1815 | | | Discharging |
| | | | | 1815 | 2400 | No discharging due to lack of wagons |
| 10/12 | MON | | | 0000 | 0430 | No discharging due to lack of wagons |
| | | 0430 | 0715 | | | Discharging |
| | | | | 0715 | 0820 | No discharging/stevedores breaktime |
| | | 0820 | 1225 | | | Discharging |
| | | | | 1225 | 1415 | No discharging/stevedores breaktime |
| | | 1415 | 1925 | | | Discharging |
| | | | | 1925 | 2020 | No discharging/stevedores breaktime |
| | | 2020 | 2305 | | | Discharging |
| | | | | 2305 | 2400 | No discharging due to rain |
| 11/12 | TUE | | | 0000 | 0140 | No discharging due to rain |
| | | | | 0140 | 0810 | No discharging due to lack of wagons |
| | | | | 0810 | 2130 | No discharging due to rain |
| | | | | 2130 | 2400 | No discharging due to lack of wagons |
| 12/12 | WED | | | 0000 | 2400 | No discharging due to lack of wagons |
| 13/12 | THU | | | 0000 | 0010 | No discharging due to lack of wagons |
| | | | | 0010 | 0950 | No discharging due to snow |
| | | 0950 | 1230 | | | Discharging |
| | | | | 1230 | 1405 | No discharging/stevedores breaktime |

| Date | Day | From | To | From | To | | Description |
|------|-----|------|-----|------|-----|---|-------------|
| | | 1405 | 1905 | | | | Discharging |
| | | | | 1905 | 2020 | | No discharging/stevedores breaktime |
| | | 2020 | 2200 | | | | Discharging |
| | | | | 2200 | 2400 | | No discharging/stevedores breaktime |
| 14/12 | FRI | | | 0000 | 0200 | | No discharging/stevedores breaktime |
| | | 0200 | 0650 | | | | Discharging |
| | | | | 0650 | 0920 | | No discharging/stevedores breaktime |
| | | 0920 | 1150 | | | | Discharging |
| | | | | 1150 | 1405 | | No discharging/stevedores breaktime |
| | | 1405 | 1900 | | | | Discharging |
| | | | | 1900 | 2040 | | No discharging/stevedores breaktime |
| | | 2040 | 2140 | | | | Discharging |
| | | | | 2140 | 2400 | | No discharging/stevedores breaktime |
| 15/12 | SAT | | | 0000 | 0215 | | No discharging/stevedores breaktime |
| | | 0215 | 0415 | | | | Discharging |
| | | | | 0415 | 0440 | | No discharging/stevedores breaktime |
| | | 0440 | 0730 | | | | Discharging |
| | | | | 0730 | 0840 | | No discharging/stevedores breaktime |
| | | | | | 1100 | | Trucks arrived to take damaged cargo from hold 4 |
| | | | | | | | No discharge from hold 4 because SGS inspector was not allowed by Master to access the hold to take samples and supervise segregation. |
| | | | | | 1147 | | Completed discharging ex hold 1, discharging in progress from hold 6 only |
| | | 0840 | 1245 | | | | Discharging |
| | | | | 1245 | 1405 | | No discharging/stevedores breaktime |
| | | | | | 1525 | | Wetting found in hold 2. Discharging from hold 2 prohibited by state authorities due to damaged cargo |
| | | | | | 1930 | | Trucks left the berth empty as no segregation was possible. No discharging ex holds 2 and 4 due to prohibition of state authorities to discharge cargo from holds with damaged cargo, discharging ex hold 6 only with one gang. |
| | | 1405 | 1845 | | | | Discharging |
| | | | | 1845 | 2030 | | No discharging/stevedores breaktime |
| | | 2030 | 2400 | | | | Discharging |
| 16/12 | SUN | | | | 0000 | | During the whole Sunday no discharging ex holds 2 and 4 due to prohibition of state authorities to discharge cargo from holds with damaged cargo, discharging ex hold 6 only with one gang |
| | | 0000 | 0025 | | | | Discharging (from hold 6 only, 2 and 4 prohibited) |
| | | | | 0025 | 0225 | | No discharging/stevedores breaktime |
| | | 0225 | 0400 | | | | Discharging (from hold 6 only, 2 and 4 prohibited) |
| | | | | 0400 | 0420 | | No discharging/stevedores breaktime |
| | | 0420 | 0700 | | | | Discharging (from hold 6 only, 2 and 4 prohibited) |
| | | | | 0700 | 0840 | | No discharging/stevedores breaktime |
| | | 0840 | 1035 | | | | Discharging (from hold 6 only, 2 and 4 prohibited) |
| | | | | 1035 | 1735 | | No discharging due to lack of wagons |
| | | 1735 | 1915 | | | | Discharging (from hold 6 only, 2 and 4 prohibited) |
| | | | | 1915 | 2020 | | No discharging/stevedores breaktime |
| | | 2020 | 2400 | | | | Discharging (from hold 6 only, 2 and 4 prohibited) |
| 17/12 | MON | | | | 0000 | | During the whole Monday no discharging ex holds 2 and 4 due to prohibition of state authorities to discharge cargo from holds with damaged cargo, discharging ex hold 6 only with one gang |
| | | 0000 | 0025 | | | | Discharging (except h. 2, 4, which are prohibited) |
| | | | | 0025 | 0215 | | No discharging/stevedores breaktime |
| | | 0215 | 0255 | | | | Discharging (except h. 2, 4, which are prohibited) |
| | | | | 0255 | 0600 | | No discharging due to lack of wagons |
| | | 0600 | 0710 | | | | Discharging (except h. 2, 4, which are prohibited) |
| | | | | 0710 | 0900 | | No discharging/stevedores breaktime |
| | | 0900 | 1050 | | | | Discharging (except h. 2, 4, which are prohibited) |
| | | | | 1050 | 1230 | | No discharging/stevedores breaktime |
| | | 1230 | 1515 | | | | Discharging (except h. 2, 4, which are prohibited) |
| | | | | 1515 | 1635 | | No discharging/stevedores breaktime |

| Date | Day | | | | | Remarks |
|------|-----|---|---|---|---|---------|
| | | 1635 | 1925 | | | Discharging (except h. 2, 4, which are prohibited) |
| 18/12 | TUE | | | 1925 | 2400 | No discharging due to lack of wagons |
| | | . | | 2400 | 0000 | During the whole Tuesday no discharging ex holds 2 and 4 due to prohibition of state authorities to discharge cargo from holds with damaged cargo, discharging ex hold 6 only with one gang |
| | | | | . | | |
| | | | | 0000 | 0240 | No discharging due to lack of wagons |
| | | 0240 | 0655 | | | Discharging (except h. 2, 4, which are prohibited) . |
| | | | | 0655 | 0900 | No discharging/stevedores breaktime |
| | | 0900 | 0955 | | | Discharging (except h. 2, 4, which are prohibited) |
| | | | | 0955 | 1215 | No discharging due to lack of wagons |
| | | 1215 | 1240 | | | Discharging (except h. 2, 4, which are prohibited) |
| | | | | 1240 | 1425 | No discharging/stevedores breaktime |
| | | 1425 | 1840 | | | Discharging (except h. 2, 4, which are prohibited) |
| | | | | 1840 | 2225 | No discharging/stevedores breaktime |
| | | | | | 2000 | Trucks arrived to take damaged cargo from Hold 2 and 4 |
| | | | | 2020 | 2210 | No discharging from holds 2 and 4 because SGS inspector was not allowed by Master to access the holds to supervise segregation |
| | | | | | 2210 | Permission granted by the Master to SGS Inspector to access the holds to take samples and supervise segregation |
| | | 2220 | 2310 | | | Discharging damaged cargo ex hold 2 into trucks |
| 19/12 | WED | 2310 | 2400 | | | Discharging damaged cargo ex hold 4 into trucks |
| | | 0000 | 0030 | | | Discharging damaged cargo ex hold 4 into trucks and discharging ex hold 6 |
| | | | | 0030 | 0215 | No discharging/stevedores breaktime |
| | | 0215 | 0300 | | | Discharging damaged cargo ex hold 4 into trucks (only utilization allowed) and discharging ex hold 6 |
| | | | | 0300 | 0450 | No discharging due to lack of wagons |
| | | 0450 | 0613 | | | Discharging ex hold 6 |
| | | | | | 0613 | Completed discharging ex hold 6 |
| | | | | 0613 | 2400 | No discharging ex holds 2 and 4 due to prohibition of state authorities to discharge cargo from holds with damaged cargo, |
| | | 1435 | 1510 | | | Discharging damaged cargo ex hold 4 |
| | | | | | | Awaiting trucks for discharging damaged cargo |
| | | 2225 | 2320 | | | Discharging damaged cargo from hold no.4 |
| | | 2345 | 2350 | | | Discharging damaged cargo from hold no.2 |
| 20/12 | THU | | | 0000 | 0355 | No discharging ex holds 2 and 4 due to prohibition of state authorities to discharge cargo from holds with damaged cargo |
| | | | | | | No discharging due to prohibition of state authorities to discharge cargo from holds with damaged cargo |
| | | 0355 | 0410 | | | Discharging damaged cargo from hold no.2, only discharging of damaged cargo into trucks allowed |
| | | | | 0410 | 1620 | No discharging due to prohibition of state authorities to discharge cargo from holds with damaged cargo |
| | | 1620 | 1710 | | | Discharging damaged cargo from hold no.2, only discharging of damaged cargo into trucks allowed |
| | | | | | 2100 | Received permission from state grain control for discharging hold no.2 |
| | | | | 2100 | 2400 | No discharging due to lack of wagons |
| 21/12 | FRI | | | 2400 | 0000 | No discharging ex hold 4 due to prohibition of state authorities to discharge cargo from hold with damaged cargo. Discharging ex hold 2 only with one gang |
| | | | | | | No discharging due to lack of wagons |
| | | 0215 | 0300 | | | Discharging damaged cargo from hold no.4, only discharging of damaged cargo into trucks allowed |
| | | | | 0300 | 0320 | No discharging due to lack of wagons |
| | | 0320 | 0400 | | | Discharging |

| Date | Day | From | To | From | To | Remarks |
|---|---|---|---|---|---|---|
| | | | | 0400 | 0830 | No discharging due to rain |
| | | 0830 | 1040 | | | Discharging |
| | | | | 1040 | 1220 | No discharging/stevedores breaktime |
| | | 1220 | 1235 | | | Discharging damaged cargo from hold no.4, only discharging of damaged cargo into trucks allowed |
| | | | | 1235 | 1420 | No discharging/stevedores breaktime |
| | | 1420 | 1430 | | | Discharging damaged cargo from hold no.4, only discharging of damaged cargo into trucks allowed |
| | | | | 1430 | 1555 | No discharging/stevedores breaktime |
| | | 1555 | 1935 | | | Discharging |
| | | | | 1935 | 2050 | No discharging/stevedores breaktime |
| | | 2050 | 2235 | | | Discharging |
| | | | | 2235 | 2400 | No discharging due to lack of wagons |
| | | 2305 | 2325 | | | Discharging damaged cargo from hold no.4, only discharging of damaged cargo into trucks allowed |
| 22/12 | SAT | | | | 0000 | No discharging ex hold 4 due to prohibition of state authorities to discharge cargo from hold with damaged cargo. Discharging ex hold 2 only with one gang |
| | | | | 0000 | 0345 | No discharging due to lack of wagons |
| | | 0325 | 0340 | | | Discharging damaged cargo from hold no.4, only discharging of damaged cargo into trucks allowed |
| | | 0340 | 0415 | | | Discharging only ex h.no.2 with 1 gang |
| | | 0415 | 0430 | | | Discharging damaged cargo from hold no.4, only discharging of damaged cargo into trucks allowed |
| | | 0430 | 0650 | | | Discharging |
| | | | | 0650 | 0815 | No discharging/stevedores breaktime |
| | | 0815 | 1145 | | | Discharging |
| | | | | 1145 | 1410 | No discharging/stevedores breaktime |
| | | 1410 | 1630 | | | Discharging |
| | | | | | 2300 | Received permission from state grain control for discharging hold no.4 |
| 23/12 | SUN | | | 1630 | 2400 | No discharging due to lack of wagons |
| | | | | 0000 | 0500 | No discharging due to lack of wagons |
| | | 0500 | 0715 | | | Discharging |
| | | | | 0715 | 0830 | No discharging/stevedores breaktime |
| | | 0830 | 1530 | | | Discharging |
| 24/12 | MON | | | 1530 | 2400 | No discharging due to rain |
| | | | | 0000 | 0330 | No discharging due to rain |
| | | 0330 | 0705 | | | Discharging |
| | | | | 0705 | 1510 | No discharging due to lack of wagons |
| | | | | 1510 | 1700 | No discharging due to rain |
| | | 1700 | 1910 | | | Discharging |
| | | | | 1910 | 2010 | No discharging/stevedores breaktime |
| | | 2010 | 2400 | | | Discharging |
| 25/12 | TUE | 0000 | 0035 | | | Discharging |
| | | | | 0035 | 0215 | No discharging/stevedores breaktime |
| | | 0215 | 0635 | | | Discharging |
| | | | | 0635 | 1130 | No discharging due to lack of wagons |
| | | 1130 | 1240 | | | Discharging |
| | | | | 1240 | 1415 | No discharging due to snow |
| | | 1415 | 1620 | | | Discharging |
| | | | | 1620 | 1805 | No discharging due to snow |
| | | 1805 | 1900 | | | Discharging |
| | | | | 1900 | 2100 | No discharging due to snow |
| | | 2100 | 2400 | | | Discharging |
| 26/12 | WED | 0000 | 0030 | | | Discharging |
| | | | | 0030 | 0240 | No discharging/stevedores breaktime |
| | | 0240 | 0625 | | | Discharging |
| | | | | 0625 | 0940 | No discharging due to snow |
| | | 0940 | 1225 | | | Discharging |
| | | | | 1225 | 1415 | No discharging/stevedores breaktime |
| | | 1415 | 1930 | | | Discharging |
| | | | | 1930 | 2020 | No discharging/stevedores breaktime |
| | | 2020 | 2400 | | | Discharging |
| 27/12 | THU | 0000 | 0020 | | | Discharging |
| | | | | 0020 | 0215 | No discharging/stevedores breaktime |

| | | 0215 | 0450 | | | | Discharging |
|---|---|---|---|---|---|---|---|
| | | | | 0450 | 0550 | | No discharging due to lack of wagons |
| | | 0550 | 0630 | | | | Discharging |
| | | | | 0630 | 0845 | | No discharging/stevedores breaktime |
| | | 0845 | 1240 | | | | Discharging |
| | | | | 1240 | 1415 | | No discharging/stevedores breaktime |
| | | 1415 | 1855 | | | | Discharging |
| | | | | 1855 | 2215 | | No discharging/stevedores breaktime |
| | | 2215 | 2400 | | | | Discharging |
| 28/12 | FRI | | | | | | Cargo Ship Safety Construction certificate and Class Certificate were withdrawn by BV inspector |
| | | 0000 | 0010 | | | | Discharging |
| | | | | 0010 | 0215 | | No discharging/stevedores breaktime |
| | | 0215 | 0735 | | | | Discharging |
| | | | | 0735 | 0850 | | No discharging/stevedores breaktime |
| | | | | 0850 | 1045 | | No discharging due to snow |
| | | 1045 | 1120 | | | | Discharging |
| | | | | 1120 | 1405 | | No discharging due to snow |
| | | 1405 | 1840 | | | | Discharging |
| | | | 1840 | | | | Discharging |
| | | | | | | | Discharging completed. |
| | | | | | | | Vessel can not sail due to metal hinges hold no.6 torn out from base , hatch cover not closed and without ship's certificates |
| | | | | | 2000 | | SGS surveyor was denied performance of ultra sonic test |

** Signed on behalf of Congentra AG as time-charterers and Euroweg Zerno OOO as cargo receivers without prejudice and under reservation of all their rights

For the avoidance of doubt, Euroweg Zerno OOO and/or Congentra AG disagree with all of the Master's remarks in the Statement of Facts. Accordingly, in signing this Statement of Facts on their behalf, we do so strictly under reservation of all their rights and on a without prejudice basis.

General Remark *According to sailing rules of Port of St.Petersburg there is one way traffic for liner, passenger and/or for vessels with length more than 155 mtrs

| Place and date | Name and signature (Master) |
|---|---|
| St.Petersburg | |
| Name and signature (Agents) ** | |
| ANTEKS / Alexander Konyukhov | |

# EXHIBIT 5

FORM A/1



**REPORT OF INSPECTION IN ACCORDANCE WITH THE PARIS MEMORANDUM
OF UNDERSTANDING ON PORT STATE CONTROL \*)**

Federal Maritime Administration
Rozhdestvenka St., 1/1
109012 Moscow, Russian Federation
+7 095 926 1600, +7 095 926 1317
memorind@rnsa.ru

copy to:     - master
             - head office
             - PSCO

if ship is detained, copy to:

             - flag State
             - recognised organisation, if applicable

## SHIP PARTICULARS

1. Name of ship: *NICHOLAS M*        2. Flag of ship: *ST. VINCENT & GRENADINES*

3. Type of ship: *BULKER*            4. Call sign: *28B2680*

5. IMO number: *7433452*             6. Gross tonnage: *221912*

7. Date keel laid / major conversion commenced *1972*

8. Deadweight (where applicable):

9a. Classification society (ies) responsible for issuance of class certificates:

*BV WITHDRAWN 28.12.07*

9b. Classification society(ies) responsible for issuance of certificates on behalf of the flag State:

*RV, INSB*

10. Full particulars of company (identical to particulars as in the ISM DoC) \*\*):

*CHIAN SPIRIT MARITIME ENTERPRISES INC.
126 KOLOKOTRONI STR, 18535 PIRAEUS, GREECE*

11. Name & address of charterer: (Only ships carrying liquid or solid cargoes in bulk, pref. 1st charterer record.)

☐ Demise Charter    ☒ Time Charter    ☐ Voyage Charter    ☐ Not applicable
☐ First Charterer   ☐ Last Charterer   ☐ Not available.

*CONGENTRA AG
ZUGM, SWITZERLAND*

12. Name and signature of master to certify that the information under 11 is correct:

Name: *AMADO C APILADO*        Signature:

## INSPECTION PARTICULARS \*\*)

13. Date of first boarding: *29.12.07*        13b. Date of final report: *11.01.2008*

14. Place of inspection: *St. Petersburg*

15. If vessel is detained : date of issue of detention notice *29.12.07*

16. Type of inspection:
☐ Initial inspection       ☒ More detailed inspection    ☐ Expanded inspection
☐ Follow-up inspection     ☐ Follow-up detention         ☐ (C.)I.C.
☐ Operational control

17. Operational controls (if any):
☐ Abandon Ship         ☐ Fire drill              ☒ Oily Water Sep. tested
☒ Emerg. Fire Pump     ☒ Emergency Generator     ☒ Emergency Steering
☒ Communication eq.    ☒ Damage control          ☒ Other *S/S, L.B. ENGINE BLACKOUT*

18. Areas inspected:
☒ Navigation Bridge        ☒ Cargo hold(s) / tank(s)      ☐ Ballast tank(s)
☒ Accommodation / Galley   ☒ Steering gear room / Engine room
☒ Decks / Fo' c'sle        ☐ Passenger spaces             ☐ Car deck

\*) This inspection report has been issued solely for the purpose of informing the master and other port States that an inspection by the port State, mentioned in the heading, has taken place.
This inspection report cannot be construed as a seaworthiness certificate in excess of the certificates the ship is required to carry.
\*\*) Non-ISM ships: Master to supply and sign under 12, for correct full particulars of company
\*\*\*) Masters, Shipowners and/ or Operators are advised that detailed information on the inspection may be subject to publication (www.parismou.org)

FORM A/2

Name of ship ...... *NICHOLAS M*          IMO number ... *7433452*

19. Relevant certificate(s):

| | a) title | b) issuing authority | c) dates of issue and expiry |
|---|---|---|---|
| 1. | Cargo Ship Safety Equipment | *BV* | *13.05.02   12.01.08* |
| 2. | Cargo Ship Safety Construction | | |
| 3. | Passenger Ship Safety | | |
| 4. | Cargo Ship Safety Radio | | |
| 5. | Document of Compliance | | |
| 6. | Safety Management Certificate | | |
| 7. | Load Line | | |
| 8. | Prevention of Pollution by Oil | | |
| 9. | Safe Manning Document | | |
| 10. | Ship Security | | |
| 11. | Tonnage | | |
| 12. | Class | | |

d) information on last intermediate or annual survey

| | | date of survey | surveying authority | port / country |
|---|---|---|---|---|
| 1. | Cargo Ship Safety Equipment | | | |
| 2. | Cargo Ship Safety Construction | | | |
| 3. | Passenger Ship Safety | | | |
| 4. | Cargo Ship Safety Radio | | | |
| 5. | Document of Compliance | | | |
| 6. | Safety Management Certificate | *21.06.07* | *BV   RIO GRANDE / BRASIL* | |
| 7. | Load Line | *21.06.07* | *BV   RIO GRANDE / BRASIL* | |
| 8. | Prevention of Pollution by Oil | | | |
| 9. | Safe Manning Document | | | |
| 10. | Ship Security | | | |
| 11. | Tonnage | | | |
| 12. | Class | | | |

20. Ship related inspection action taken:

☒ Flag State informed        ☒ Class informed        ☐ Next port informed
☐ All deficiencies rectified   ☐ Inspection suspended   ☒ Overriding priority inspection
☒ Ship detained             ☐ Repair port to re-detain ☐ Next port to re-detain
☐ Ship allowed to sail after detention  ☐ Ship allowed to sail after re-detention
☐ MARPOL investigation       ☐ Ship banned           ☐ Ship expelled

21. Deficiencies:          ☐ No      ☒ Yes (see attached FORM B)  *5* pages

22. Supporting documentation:  ☒ No     ☐ Yes (see annex)

## PORT STATE PARTICULARS

District office:         St. Petersburg
Address:                 10, Gapsalskaya Street, 198035 St. Petersburg, Russia
Telephone:               (812) 327 4194
Telefax:                 (812) 327 4019
E-mail:                  mouspb@mail.pasp.ru
Name (duly authorized PSCO of reporting authority):   *N. STUPAKOV , M. SHELYUBOV*

Signature:

**This report must be retained on board for a period of at least two years and must be readily available for consultation by Port State Control Officers at all times.**

FORM B

1/5

REPORT OF INSPECTION IN ACCORDANCE WITH THE PARIS MEMORANDUM OF UNDERSTANDING ON PORT STATE CONTROL

Federal Maritime Administration
Rozhdestvenka 3a, 11
109012 Moscow, Russian Federation
+7 095 926 1000, +7 095 926 1311
memorant@mmn.ru

copy to:   - master
           - head office
           - ISCO

if ship is detained, copy to:  - flag State
                               - recognized organization, if applicable

1. Name of ship: ...N.I.C.H.O.L.A.S........ ...N..   2. IMO number: 7.4.7.9.1.5.3. 2. a: Date of final report: 11.04.08. ... 4. Place of inspection: St. Petersburg

| Group code | Deficiencies (note) | Nature of defect | Convention ref.* | Action taken * | Additional comments | Class (reg.*) |
|---|---|---|---|---|---|---|
| 04.1.1 | CARGO SHIPS | MULTIPLE HULL | | | | |
| | SAFETY CONSTRUC.. | | | 17/10 | NO BV BY BV AS PER CERTIFICATION | □ |
| | VIOL. | | | | DATED 26.12.07. | |
| 01.99 | CERTIFICATES | MISTDRAWN | | 17/10 | CLASS CERTIFICATE | |
| | | | | | WITHDRAWN BY BV. | |
| | | | | | AS PER NOTIFICATION. | |
| | | | | | DATED 28.12.07. | |
| 23.05 | SECURITY | AS | | 17 | NOT MIL VISITORS IDENTIFIED | |
| 03.56 | RELATED DEFECTS | REQUIRED | | | | |
| | GANGWAY | UNSAFE | | 17/10 | LOWER PLATFORM | |
| 02.30 | MANNING | MISSING | | 17/10 | 2ND OFFICER MISSING | |
| | SPECIFIED BY | | | | | |
| | MINIMUM SAFE | | | | | |
| | MANNING DOC | | | | | |
| 08.60 | LIFE JACKETS | NOT | | 17/10 | LIGHTS NOT FIXED PROPERLY | |
| | | REQUIRED | | | | |

Name (duly authorized PSCO of reporting authority): ...N..... KULRAVENKO.   M..... STRELNIKOV..............   Signature: .............

***) Masters, shipowners and/or Operators are advised that detailed information on this inspection may be subject to publication. (owner/charterers only)
*) This map be only that hull survey and deficiencies listed may and/or substantive. In this event of a detention, it is recommended this a full survey is carried out and all deficiencies rectified before an application for re-inspection is made.
**) To be completed in the event of a detention (for dual-convention ships <500 (5T for reference only).
*) See reverse side of form B for full labels.

FORM B

REPORT OF INSPECTION IN ACCORDANCE WITH THE PARIS MEMORANDUM OF UNDERSTANDING ON PORT STATE CONTROL

Federal Maritime Administration.
Rozhdestwenka St., 1/1
109012 Moscow, Russian Federation
+7 095 926 1000, +7 095 926 1311
msinorund@rmrs.ru

Copy for: - master
           - Head office
           - PSCO

If ship is detained, copy to: - flag State
                              - recognised organisation, if applicable

1. Name of ship: NICKOLAS

2. IMO number: 7433452

3. Date of final report: 11.04.08

4. Place of inspection: St. Petersburg

## DEFICIENCIES FOUND AND HOW TO FOLLOW UP ACTIONS

| Group code | Defective item | Nature of defect | Convention (ref.) | Action taken | Additional comments | Class resp. |
|---|---|---|---|---|---|---|
| 1430 | INSULATION | INSUFFICIENT | | 18/10 | MDO PURIFIER LO PURIFIER | |
| | VENTED THROUGH (OIL) | | | | M.E. + A.E. | |
| 1420 | CLEANLINESS | INSUFFICIENT | | 17 | | |
| | OF E.R. | | | | | |
| 0320 | LIGHTING | INCOMPLETE | | 18/10 | SOME LIGHTS LINING | |
| 0411 | VENTILATION | DIRTY FILTERS | | 18/10 | IN GALLEY | |
| 0533 | OBSTRUCTION | UNSAFE | | 17 | SOME UNSECURED SPARE | |
| 0533 | STEAM PIPES | UNSAFE | | 17 | PARTS IN E.R. | |
| | H.P. PRESSURE | | | | → EXHAUS.T. PIPE IN E.R. | |
| | PIPES | | | | ANGLED | |
| 0533 | OBSTRUCTION | UNSAFE | | 17 | WOODEN GRATINGS IN | |
| | SLIPPING | | | | PROVISION STORE DAMAGED | |
| 0945 | SIGNS, INDICATIONS | NOT AS | | 18/10 | PORT/STBD. BUTTONS | |
| | | REQUIRED | | | NOT MARKED IN STEERING | |
| | | | | | GEAR ROOM | |

Name (duly authorised PSCO of reporting authority): M. STUPNIKOV, M. SKREBLYSTKOV   Signature: [signature]

¹) Masters, Shipowners and/or Operators are advised that detailed information on the inspection may be subject to publication (www.parismou.org)
²) The inspection was not a full survey and the deficiencies listed may not be exhaustive. In the event of a detention this recommitted date and survey is carried out, some deficiencies are rectified before an application for re-inspection is made.
³) To be completed in the event of a detention (for both conventions ships <500 GT the deficiencies only).
⁴) See reverse side of form B for full details.

FORM B

3/5

**REPORT OF INSPECTION IN ACCORDANCE WITH THE PARIS MEMORANDUM OF UNDERSTANDING ON PORT STATE CONTROL**

Federal Maritime Administration
Rozhdestvenka St., 1/1
109012 Moscow, Russian Federation
+7 095 926 1000, +7 095 926 1311
mishorams@gmna.ru

copy to: - rhsinic
- head Office
- PSICO

If ship is detained, copy to: - flag State
- recognized organization, if applicable

1. Name of ship: NICHOLAS M    IMO number: 7423442    2. ........    3. Date of final report: 11.01.08    4. Place of inspection: St. Petersburg

| Group item | Deficiency item | Nature of defect | Convention ref. | Action taken (this) | Additional remarks Class reqs. |
|---|---|---|---|---|---|
| 0730 | FIRE FIGHTING EQUIPMENT - FIRE FIGHTING MAIN | NOT AS REQUIRED | | 17/10 | FIRE EXTINGUISHERS IN ER - MISSING OR FIRE MORRIS. MISSING. FIRE |
| 13.99 | MOORINGS | OTHER | | 17/10 | BOXES DAMAGED AND HOLED SOME PAT GUARDS |
| 13.99 | MOORING | OTHER | | 17/10 | MISSING. SOMIA. FAIRLEADS. BARE AND ACT SEIZED |
| 0.985 | BULKHEAD - CORROSION | HOLED | SH.R...30/17 S7428 | 30/17 | BROKEN BROM MAIN DECK TO STORE ROOM P/S. HOLED |
| 0985 | BULKHEAD - CORROSION | HOLED | SH/FE...30/17 | 30/17 | LEAKAGE FROM BILGE COLLECTING TANK # 9 (MAX.CAPAC.NY 32.8 CU.BM) INTO ER |
| 1530 | NAUTICAL PUBLICATION | NOT UP TO DATE | | 19/10 | LAST AIM OUTDATED (22.11.02) |

Name of duly authorized PSCO of reporting authority) K. STUPARENKO, M. SKRIZHENKO    Signature .............

***) Masters, Shipowners and/or Operators are advised that detailed information on the inspection may be subject to publication (www.parismou.org).
²) This inspection was not a full survey and deficiencies listed may not be exhaustive. In the event of a detention, it is recommended that a full survey is carried out and all deficiencies rectified before an application for re-inspection.
³) To be completed in the event of a detention (for non-convention ships <500 GT for reference only)
⁴) See reverse side of Form B for full table.

FORM B

4/5

REPORT OF INSPECTION IN ACCORDANCE WITH THE PARIS MEMORANDUM OF UNDERSTANDING ON PORT STATE CONTROL

Federal Maritime Administration
Rozhdestvenka St., 1/1
109012 Moscow, Russian Federation
+7 095 926 1000, +7 095 926 1311
msexoxaud@pmsa.ru

copy to:
- master
- Point Office
- PSCO

if ship is detained, copy to:
- Flag State
- recognition organization, if applicable

1. Name of ship: .....NICKO.CAS.....

2. IMO number: 7423452

3. Date of final report: .....11.01.08.....

4. Place of inspection: St. Petersburg

**DEFICIENCIES FOUND (Number of the appropriate Convention)**

| Group code | Defective item | Nature of deficiency | Convention ref. [4] | Action taken [5] | Additional comments | Class resp. [6] |
|---|---|---|---|---|---|---|
| 1.240 | CARGO. HATCHWAYS DAMAGED | | LL66/ANNI/P4G | 30/10 | METAL WEARLES. TOTAL OUT FROM. BASE (HERD. NR.6) DUE TO DAMAGE. R.F. HYDRAULIC SYSTEM. | ☐ |
| 1.240 | CARGO. HATCHWAYS CORRODED | | | 43/1 | WATER COVERS. COAMINGS, COMPRESSION BARS ETC. OF ALL THE HOLDS | ☐ |
| | | | | | HEAVILLY CORRODED AND SHOULD BE PROPERLY | 🖈 |
| | | | | | INSPECTED AND REPAIRED UNDER CLASS SUPERVISION | ☐ |
| 25.15. | FENDERS OF | NON. ACCORDING. | | | BAG. ANTIKROPOTYLES CLASS | ☐ |
| | NON-CONFORMITY | S.M.S. | S.7.HE.11.P44. 1SME/S9.10.18 | | SOCIETY AND PORT AUTHO- | ☐ |
| | ACADEMIC 8 | | | | RITIES NOT INFORMED | ☐ |
| | HAZARDOUS OCCUR | | | | REGARDING ACCIDENTS OCCURED | ☐ |

Name (duly authorized PSCO of reporting authority) M. SKUPANOU / M. SKEPUHOB. ...... Signature

[a] Material. Shipowners and or operators are advised that detailed information on the inspection may be subject to publication (www.parismou.org)
[b] This inspection was not a full survey and deficiencies listed may not be exhaustive. In the event of a detention, it is recommended that a full survey is carried out and all deficiencies are rectified. An application for re-inspection is advisc.
[c] To be completed in the event of a detention (for non-conventions ships <500 GT for reference only)
[d] See reverse side of form B for full labels.

FORM B

5/5

REPORT OF INSPECTION IN ACCORDANCE WITH THE PARIS MEMORANDUM OF UNDERSTANDING ON PORT STATE CONTROL

Pedani Maritime Administration
Rozhdestwenka St., 1/1
109012 Moscow, Russian Federation
+7 095 926 1002, +7 095 926 1311
msemmensh@gmail.ru

copy to: - master
- head office
- PSCO

If ship is detained, copy to: - Flag State
- recognised organisation, if applicable

1. Name of ship: ...... N. I CLLA LA A. M.

2. IMO number: 943.3452 2 3. Date of final report ... 11.01.08

4. Place of inspection: St. Petersburg

DEFICIENCIES FOUND AND FOLLOW UP ACTIONS (14)

| Group code | Defective item | Nature of deficiency | Convention ref. (2) | Action taking (3) | Additional columns | Class (app.) |
|---|---|---|---|---|---|---|
| 0.6.35 | EUROPART | LACK OF | | 47.9.0 | 3DD OFFICER CAUT | |
| | TRAINING AND | TRAINING | | | INDICATE TYPE OF | |
| | INSTRUCTION | | | | IMMERSION SUIT | |
| 16.23 | MELKE RADIO | NOT | | 99/40 | NO EVIDENCE OF MONTH | |
| | INSTALLATION | REQUIRED | | | PSC EXTERNAL TEST | |
| | | | | | WORKING CONDITION | |
| | | | | | CAN'T BE TESTED | |
| 20.40 | MUSTER LIST | INCOMPLETE | | 44/10 | NO CORRECTION DUE TO | |
| | | | | | 2ND OFFICER ABSENCE | |
| | | | | | FOR MORE THAN 2 DAYS | |
| | | | | | (CREW CHANGE) | |
| 15.50 | LIGHTS, SHAPES, | INOPERATIVE | | 29/10 | PSC NAVIGATION LIGHT | |
| | SOUND SIGNALS | | | | UNLIT - STERN SUBSTITUTE | |
| 28.14 | OPERATION OF | LACK OF | | 17/10 | LIBRARY UNLIT | |
| | GMDSS EQUIPMENT | FAMILIARITY M. SILBAKOV | | | NO CONS PERIOD 30 PUS OF TEST | |
| | | | | | BY CHIEF OFF. | |

Name (duly authorized PSCO of reporting authority) M. SILBAKOV    Signature ...........

(¹) Masters, Shipowners and/or Operators are advised that detailed information on the inspection may be subject to publication (www.parismou.org)
²) This inspection was not a full survey and the deficiencies listed may not be exhaustive. In the event of a detention, it is recommended that a full survey is carried out and all deficiencies are rectified before application for re-inspection is made.
³) To be completed in the event of a detention, (for non-convention ships <500 GT for reference only).
⁴) See reverse side of form B for full fields.

CALC  PSC  FOR  REINSPECTION  BEFORE  DEPARTURE

m/v NICHOLAS M.
910.W76
St. PETERSBURG
28/12/2007

NOTIFICATION

DUE TO THE PROBLEM WITH CLOSING OF AFT
HATCH COVER OF CARGO HOLD N. 6 AND
IMPOSSIBILITY TO REPAIR PRIOR SHIPS
DEPARTURE, CERTIFICATE OF CLASSIFICATION
Nr. LPRO/ETS/200510741155 30 HAS BEEN
TEMPORARILY WITHDRAWN AS WELL AS
CARGO SHIP SAFETY CONSTRUCTION
CERTIFICATE Nr. LPRO/ETS/2005 1013 1528 42





EVGENY ZAVIALOV
SURVEYOR TO BUREAU VERITAS

MASTER OF
m/v NICHOLAS M.



St.Petersburg Office

11/01/2008                                    Nr. LNG0/2007/J0100/hull
m/v NICHOLAS M
BV # 910W76
St.Petersburg, RF

## LIST OF RECOMMENDATIONS FURTHER TO DETENTION AND SURVEY - TO BE DEALT WITH AT COMING DRY-DOCK / INTERMEDIATE SURVEY OF HULL, LATEST 31 MARCH 2008.

1. Overall inspection of hatch covers and coamings of all cargo holds has been carried out. Temporary repair of hatch covers presently carried out. Damaged foundation in way of hydraulic cylinders PS/SB of cargo hold Nr.6 presently definitely repaired by workshop. Hatch covers of cargo hold Nr.6 tested in operation with satisfactory results.
Definitive repair of hatch covers to be performed as per the results of ultrasonic thickness measurements required by BV Rules in force.
2. Leakage of hydraulic cylinders at cargo holds to be eliminated. Leaking hydraulic cylinders to be replaced.
3 Upon completion of definitive repair of hatch covers, a complete tightness test of all hatch covers to be performed in presence of BV surveyor.
4. Bilge water tank Nr.9 presently temporarily repaired by divers (doubler installed on the bottom plating. Cement box installed from the internal side of the tank). Definitive repair to be performed.
5. Bulkhead between main deck and crew dressing room temporarily repaired by insert. Permanent access to the space between main deck and crew dressing room to be provided. Definitive repair of the bulkhead to be performed.
6. Australian ladders in the cargo holds Nr. 2,4,6 to be repaired.

E.Zavyalov
Surveyor to Bureau Veritas

Master of m/v NICHOLAS M

Postal address:
CJSC "Bureau Veritas Rus"
nab. reki Fontanki, d. 130A
190005 St. Petersburg
Russia

Contacts:
Phone:    +7 (812) 325 7124
Fax:      +7 (812) 324 7125
E-mail:   bv@bureauveritas.ru
http://   www.bureauveritas.ru

**PORT STATE CONTROL**
**NOTICE OF DETENTION FOR THE MASTER**

No.

The undersigned:
Harbour Master of the port of ....St. Petersburg............., duly authorized by the Maritime
Administration of the Russian Federation, herewith notifies you that

the ship: ..NICHOLAS M........      call sign: ...J8B2630.............

IMO number: ..7433452............      gross tonnage: ...22912..............

port of registry: .KINGSTOWN.....      flag state: ...St. Vincent & Grenadines

type of ship: ....BULK CARRIER....      date on which keel was laid: ....1977.

owner: CHIAN  SPIRIT MARITIME ENTERPRISES INC.      master: .....AMADO C. APILADO

agents: ..ANTEKS"....................      classification society: .....B.V. (WITHDRAWN)

berthed at: ..BERTH NR. 23.......

has been detained in accordance with the provisions of Section 3 of Paris Memorandum of
Understanding on Port State Control and Article 80 of the Merchant Shipping Code of the Russian
Federation,

on account of:

☒ one or more of the criteria for detention set out in Section 9 of Paris Memorandum on Port State
Control;

☐ crew members being unable to provide proof of professional proficiency for the duties assigned
to them as specified in the Annex to the International Convention on Standards of Training,
Certification and Watchkeeping for Seafarers, 1978/95, as amended;

☐ master or crew unable to comply with operational requirements as contained in the Conventions
mentioned in Section 2 of Paris Memorandum on Port State Control;

☐ other deficiencies which, individually or together, are clearly hazardous to safety, health or
environment;

☒ the fact that the Port State Control Officer was obstructed in the execution of his duties.

For further details see the Report of Inspection, forms A and B enclosed to this Notice for the Master.

On account of the above it is prohibited to shift the ship to another berth without the prior consent of
the Harbour Master, or to proceed to sea without a proper Notice of Release of ship from detention.

Place: Port of St. Petersburg      Date: December 29, 2007.
                                    Time: 15.30 LT

The above mentioned Harbour Master:

HEAD OF ST. PETERSBURG PSC/PSC
Capt. ALEXANDER G. KARPENKO

**PORT STATE CONTROL**
NOTICE OF RELEASE OF SHIP FROM DETENTION FOR THE MASTER

No.

*NICHOLAS M. ST. VINCENT & GR. 243452* Release of ship from detention
[Ship's name, flag, IMO No.]

The undersigned:
Harbour Master of the port of *ST. PETERSBURG* ..................... duly authorized by the Maritime
Administration of the Russian Federation, herewith notifies you that the Maritime Authority of the
Russian Federation has carried out a re-inspection of the above ship on *11.01.2008* ......... at the port
of *ST. PETERSBURG*   *AT 19.10 LT*

(Insert comments in free text, if any).

...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................
...................................................................................................................................................

Enclosed please find a copy of the Report of Inspection, forms A and B.

Yours faithfully,

[Harbour Master's name and signature] PSC/PSC
Capt. ALEXANDR G. KARPENKO

# EXHIBIT 6

## Master NicholasM

| | |
|---|---|
| **From:** | "Master NicholasM" <Master.NicholasM@telaurus.net> |
| **To:** | "operations department" <operations@chianspirit.gr> |
| **Sent:** | Saturday, December 29, 2007 3:11 PM |
| **Attach:** | PSC Inspection ST Petersburg.pdf |
| **Subject:** | PSC INSPECTION REPORT |

FM: MV NICHOLAS M
TO: C.S.M.E./OPER.DEPT.
REF: 246/29-DEC-07

DEAR SIR,

PLEASE FIND ATTACHED PSC INSPECTION REPORT.

BEST REAGARDS,
MASTER

1/11/2008

## Master NicholasM

| | |
|---|---|
| From: | "Master NicholasM" <Master.NicholasM@telaurus.net> |
| To: | "operations department" <operations@chianspirit.gr> |
| Cc: | "technical dept." <technical@chianspirit.gr> |
| Sent: | Sunday, December 30, 2007 6:58 PM |
| Subject: | PSC DEFICIENCIES PROGRESS REPORT |

FM: MV NICHOLAS M
TO: C.S.M.E./OPER.DEPT.
REF: 252/30-DEC-07

DEAR SIR,

PLEASE FIND FOLLOWING DEFICIENCIES RECTIFIED
GROUP CODE  DEFECT                     ACTION TAKEN
2705 SECURITY RELATED DEFECTS   CONDUCT SECURITY BRIEFING
0956 GANGWAY UNSAFE            LOWER PLATFORM ADJUSTED
0230 MANNING SPECIFIED BY       NEW SECOND OFFICER ARRIVED
    NMINIMUM SAFE MANNING
0660 LIFEJACKETS, NOT AS        IN PROGRESS
    REQUIRED
0520 LIGHTING INCOMPLETE        IN PROGRESS
0411 VENTILLATION, DIRTY FILTER
    AT GALLEY                  CLEANED FILTER
1399 MOORING, SOME RATGUARDS
    MISSING                    REPLACED MISSING
RAT GUARD
0985 BULKHEAD CORROSION         IN PROGRESS BY FITTERS
0695 ONBOARD TRAINING AND        BREIFED 3RD OFFICER ABOUT
    INSTRUCTION                TYPE OF IMMERSION SUIT
                              AND
PROPER USE
2010 MUSTER LIST, INCOMPLETE    NEW 2ND OFFICER ONBOARD
                              MURTER
LIST CORECTED
1550 LIGHTS, SHAPES,            IN PROGRESS

WILL UPDATE.
REMARKS: CLEANING OF CARGO HOLD NO. 4 NOT COMPLETE DUE
        TO BUNKER BARGE ARRIVAL. WILL CONTINUE AND
        COMPLETE TOMORROW.

BEST REGARDS,
MASTER

1/11/2008

**Master NicholasM**

From:    "Master NicholasM" <Master.NicholasM@telaurus.net>
To:      "operations department" <operations@chianspirit.gr>
Cc:      "technical dept." <technical@chianspirit.gr>
Sent:    Monday, December 31, 2007 5:35 PM
Subject: PSC DEFICIENCIES PROGRESS REPORT

FM: MV NICHOLAS M
TO: C.S.M.E./OPER DEPT.
REF: 260/31-DEC-07

DEAR SIR,

PLEASE FIND FOLLOWING DEFICIENCIES RECTIFIED
GROUP CODE  DEFECT                ACTION TAKEN
0660 LIFEJACKETS, NOT AS         IN PROGRESS
     REQUIRED
0520 LIGHTING INCOMPLETE         IN PROGRESS
0985 BULKHEAD CORROSION          IN PROGRESS BY FITTERS
1550 LIGHTS, SHAPES,             IN PROGRESS
0730 FIRE FIGHTING EQUIP'T       REPLACE FIRE EXTINGUISHER
                                 WITH

READY SPARE
0985 BULKHEAD CORROSION          IN PROGRESS (PRESENTLY
     (AFT OF BUNKER STN)         CANNOT WELD, BUNKERING
                                 OPERATION

IN PROGRESS.
1550 LIGHTS, SHAPES,             P/S LIGHT RECTIFIED, STERN
     INOPERATIVE                 LIGHT REQUIRE SPARE
                                 RELAY IN

BRIDGE
                                 PANEL (NO

SPARE O/B)
1470 INSULATION WETTED           IN PROGRESS
     THROUGH (OIL)               CLEANING OF MDO PURIFIER,
                                 LO

PURIFIER, ME, AE ROOM

                                 FLOORING
COMPLETED
                                 LEANING
TODAY.
0915 SIGNS, INDICATIONS          PORT AND STBD BUTTON
                                 STENCILED,
MARKED IN STEE-
                                 RING GEAR
RM

REMARKS: SCRAPING OF THICK RUST FLAFES UNDERSIDE
         HATCH COVER NO. 1 FWD AND AFT.
JAN. 1, 2008 NO HOTWORK ALLOWED ON DECK AS PER LOCAL
PORT REGULATIONS.

BUNKERING IN PROGRESS

1/11/2008

## Master NicholasM

**From:**      "Master NicholasM" <Master.NicholasM@telaurus.net>
**To:**        "operations department" <operations@chianspirit.gr>
**Cc:**        "technical dept." <technical@chianspirit.gr>
**Sent:**      Wednesday, January 02, 2008 8:48 PM
**Subject:**   PSC DEFICIENCIES PROGRESS REPORT

FM: MV NICHOLAS M
TO: C.S.M.E./OPER DEPT.
REF: 004/02-JAN-08

DEAR SIR,

PLEASE FIND FOLLOWING DEFICIENCIES RECTIFIED
GROUP CODE   DEFECT                    ACTION TAKEN
0660 LIFEJACKETS, NOT AS          TO DISCUSS WITH BV
     REQUIRED
0520 LIGHTING INCOMPLETE          OUTSIDE LIGHTS IN PROGRESS

0985 BULKHEAD CORROSION           COMPLETED 02-JAN-08
     (AFT OF BUNKER STN)

1550 LIGHTS, SHAPES,              P/S LIGHT RECTIFIED, STERN
     INOPERATIVE                  LIGHT SUBSTITUTE
RECTIFIED

                                  02-JAN-08

1470 INSULATION WETTED            IN PROGRESS
     THROUGH (OIL)

REMARKS: SCRAPING OF RUST FLAKES UNDERSIDE
         HATCH COVER NO. 1 AND NO. 2 COMPLETED
         02-JAN-08

BEST REGARDS,
MASTER

## Master NicholasM

From:      "Master NicholasM" <Master.NicholasM@tetaurus.net>
To:        "operations department" <operations@chianspirit.gr>
Cc:        "technical dept." <technical@chianspirit.gr>
Sent:      Thursday, January 03, 2008 9:28 PM
Subject:   PSC DEFICIENCIES PROGRESS REPORT

FM: MV NICHOLAS M
TO: C.S.M.E./OPER.DEPT.
REF: 010/03-JAN-08

DEAR SIR,

PLEASE FIND FOLLOWING DEFICIENCIES RECTIFIED
GROUP CODE  DEFECT                      ACTION TAKEN
0660 LIFEJACKETS, NOT AS        DISCUSSED WITH BV, RECTIFIED
     REQUIRED                   PERSONALLY AS PER BV
REC.
0520 LIGHTING INCOMPLETE        RECTIFIED
0533 OBSTRUCTION                RECTIFIED, SECURED SPARE
                                PARTS IN

E/R

0985 BULKHEAD CORROSION         COMPLETED 02-JAN-08
     (AFT OF BUNKER STN)        FURTHER RECOMMENDATION
                                ISSUED

AS PER ATTACHED LIST

1470 INSULATION WETTED          RECTIFIED
     THROUGH (OIL)
1420 CLEANLINESS OF E/R         IN PROGRESS

REMARKS: SCRAPING OF RUST FLAKES UNDERSIDE
         HATCH COVER NO. 1, NO. 2 & NO. 3 COMPLETED
         03-JAN-08. CANNOT SPEED UP SCRAPING DUE
         TO PRESENT WEATHER CONDITIONS TEMP - 13
         TO -15 DEGREES CENTIGRADE.

BEST REGARDS,
MASTER

**Master NicholasM**

| | |
|---|---|
| **From:** | "Master NicholasM" <Master.NicholasM@telaurus.net> |
| **To:** | "operations department" <operations@chianspirit.gr> |
| **Sent:** | Friday, January 04, 2008 10:50 AM |
| **Subject:** | NOTICE TO MARINERS |

FM: MV NICHOLAS M
TO: C.S.M.E./OPER DEPT.
REF: 016/04-JAN-08

DEAR SIR,

KINDLY ARRANGE THRU LOCAL CHANDLER TO SUPPLY
NOTICE TO MARINERS NOS 49 TO LATEST IN ORDER TO
RECTIFY PSC DEFICIENCY 1570. (LATEST O/B 48/2007)
THANK YOU.

BEST REGARDS,
MASTER

1/11/2008

## Master NicholasM

| | |
|---|---|
| From: | "Master NicholasM" <Master.NicholasM@telaurus.net> |
| To: | "technical dept." <technical@chianspirit.gr> |
| Cc: | "operations department" <operations@chianspirit.gr> |
| Sent: | Monday, January 07, 2008 8:15 AM |
| Subject: | PSC DEFICIENCY 2545 |

FM: MV NICHOLAS M
TO: C.S.M.E./TECH DEPT.
REF: 025/07-JAN-08

DEAR SIR,

REF TO PSC DEFICIENCY 2545 "REPORT OF NON-CONFORMITY
ACCIDENTS & HAZARDOUS OCCUR", KINDLY ARRANGE TO SEND
COPY TO SHIP. CORRESPONDENCE WITH FLAG STATE TO OFFICE
AS PER ADVISE BY BV SURVEYOR IN ORDER TO CLOSE THIS
ITEM. THANK YOU.

BEST REGARDS,
MASTER

1/11/2008

**Master NicholasM**

| | |
|---|---|
| **From:** | "Master NicholasM" <Master.NicholasM@telaurus.net> |
| **To:** | "operations department" <operations@chianspirit.gr> |
| **Cc:** | "technical dept." <technical@chianspirit.gr> |
| **Sent:** | Monday, January 07, 2008 8:42 AM |
| **Subject:** | PSC DEFICIENCIES PROGRESS REPORT |

FM: MV NICHOLAS M
TO: C.S.M.E./OPER DEPT.
REF: 026/07-JAN-08

DEAR SIR,

PLEASE FIND FOLLOWING DEFICIENCIES RECTIFIED
GROUP CODE   DEFECT                    ACTION TAKEN
0111 CGO SHIP SAFETY CONSTRUCTION
       CERTIFICATE                     RCVD 06-JAN-08
0199 CLASS CERTIFICATE                 RCVD 06-JAN-08
       HULL ANNEX TO CLASS             STILL WITH BV, TO CORRECT
1420 CLEANLINESS OF E/R                CONTINOUS IN PROGRESS
1570 NAUTICAL PUBLICATIONS             RECTIFIED RCVD NTM 49,
                                       50,51,52/2007
& 01/2008
1399 MOORING                           IN PROGRESS 3 PEAR
LEADS

                                       MORE
TO FREE FORWARD
1240 CARGO HATCHWAYS DAMAGED IN PROGRESS BY SHORE
                                       REPAIR,
EXPECT TO COMPLETE
                                       08/01/08
PM

REMARKS: RE-SWEEPING OF TANK TOP IN CARGO HOLDS IN
         PROGRESS.

BEST REGARDS,
MASTER

## Master NicholasM

**From:** "Master NicholasM" <Master.NicholasM@telaurus.net>
**To:** "operations department" <operations@chianspirit.gr>
**Sent:** Monday, January 07, 2008 6:15 PM
**Subject:** PSC DEFICIENCIES PROGRESS REPORT

FM: MV NICHOLAS M
TO: C.S.M.E./OPER DEPT.
REF: 029/07-JAN-08

DEAR SIR,

PLEASE FIND FOLLOWING DEFICIENCIES RECTIFIED
GROUP CODE  DEFECT                 ACTION TAKEN
0199 CLASS CERTIFICATE          RCVD 06-JAN-08
     HULL ANNEX TO CLASS        STILL WITH BV, TO CORRECT
1420 CLEANLINESS OF E/R         CONTINOUS IN PROGRESS
1399 MOORING        FREE THREE FROZEN (3) PEAR LEADS
                    FWD 07-JAN-08
1240 IN PROGRESS BY SHORE REPAIR, EXPECT TO COMPLETE
     08/01/08 PM
0543 EXHAUST PIPE IN E/R HOLED    HOLE COVERED TODAY
                                  UPPER

PART NEED TO

                          BE

COVERED, ABT 1 DAY

                          JOB AS

PER C/E ESTIMATE
0956 GANGWAY UNSAFE    INSTALL ADDITIONAL
                       RAILINGS AT LOWER
                       PLATFORM AS PER BV
                       SURVEYOR ADVISE.

REMARKS: FYG EXPERIENCED FRESH WATER PIPE BURSTING
         THIS AFTERNOON IN THREE DIFFERENT LOCATIONS.
         TWO (2) AT STBD BATHROOM MAIN DECK CEILING
         AND ONE (1) AT ELECTRICIAN'S BATHROOM.

         RE-SWEEPING OF TANK TOP IN CARGO HOLDS IN
         PROGRESS.

BEST REGARDS,
MASTER

1/11/2008

## Master NicholasM

**From:** "Operations CHIAN SPIRIT" <operations@chianspirit.gr>
**To:** <Master.NicholasM@telaurus.net>
**Sent:** Monday, January 07, 2008 4:54 PM
**Subject:** M/V NICHOLAS M.- PSC inspection carried out at port of St. Petersburg ** MSG#:<16886>

MSGNO : 16886
DATE : 07-Jan-2008 16:54

To: M/V "Nicholas M"
Attn:Master

As per your message ref 025/07-JAN-08, regarding PSC Deficiency 2454, please find here below confirmation from Flag Administration that Statutory surveys can be postponed until March 2008.

Confirm receipt.

Best Regards,

Cpt. Costas Bourdis
Operations Manager
C.s.m.e.(as agents only)
------------------- Original Message -------------------
Received Inc.MSG.: 87499        Date: Fri 04/Jan/2008 09:25
From: SVG GEN <"SVG Quality And Technical Division" <qualtech@svg-marad.com>>
Subject: FW: M/V NICHOLAS M. ** MSG#:<16687>
TO : <<grc_cpi@gr.bureauveritas.com>>, <<ioannis.rallis@gr.bureauveritas.com>>
CC : <<technical@chianspirit.gr>>


Dear Sirs,

The vessel was detained on 29.12.2007.
Anniversary date of statutory surveys is 31.03.2008 (window dates 31.12.07 - 30.06.08)
Considering that the vessel is scheduled to undergo for Dry-docking and Intermediate Survey at the end of March 2008, this Administration agrees in order to have the carrying out of the statutory surveys at the end of March 2008.

Best regards

Armando Capurro

Quality and Technical Division
Maritime Administration
St Vincent and the Grenadines

------Original Message------
From: Technical CHIAN SPIRIT [mailto:technical@chianspirit.gr]
Sent: 03 January 2008 12:39
To: qualtech@svg-marad.com
Cc: grc_cpi@gr.bureauveritas.com; ioannis.rallis@gr.bureauveritas.com

Subject: M/V NICHOLAS M. ** MSG#:<16687>

MSGNO : 16687
DATE  : 03-Jan-2008 13:38

To: Messrs "St. Vincent & The Grenadines"
Attn: Mr. Capurro

Cc: BV Piraeus
Attn: Mr. Railis

Re: M/V "Nicholas M." - PSC inspection carried out at port of St. Petersburg

Dear Sir,
Further to the PSC inspection at St. Petersburg, please be informed that the
above-mentioned vessel is scheduled to undergo for Dry-docking and
Intermediate Survey on the end of March 2008. Taking into consideration the
facts that St. Petersburg's port is not convenient and the short remaining
period till the next dry-docking and Intermediate survey, you are kindly
requested to postpone the implementation of paragraphs 1 and 2 of SVG's
Circular No. PSC 018 till the end of March 2008.

Best Regards & happy new year,

Argyris Stathopoulos
Technical Manager
C.S.M.E.(as agents only)

126, KOLOKOTRONI STR.
185 35 PIRAEUS, GREECE
TEL: +30 210 4294 777
FAX: +30 210 4599 099
EMAIL: TECHNICAL@CHIANSPIRIT.GR

**Master NicholasM**

| | |
|---|---|
| **From:** | "Operations CHIAN SPIRIT" <operations@chianspirit.gr> |
| **To:** | <Master.NicholasM@telaurus.net> |
| **Sent:** | Wednesday, January 09, 2008 10:33 AM |
| **Subject:** | Fw:[FW: NICHOLAS M. / DETENTION AT ST. PETERSBURG ON 29.12.07 OLDMSG#:<16943>] ** MSG#:<16987> |

MSGNO : 16987
DATE  : 09-Jan-2008 10:33

DEAR CAPTAIN,
PLEASE FIND HEREBELOW THE MESSAGE RECEIVED FROM FLAG ADMINISTRATION
WHICH IS SELF EXPLANATORY. THEREFORE THE ADDITIONAL EXTERNAL ISM
AUDIT WILL BE CONDUCTED AT THE NEXT PORT OF CALL. DEMONSTRATE THIS
MESSAGE TO THE CLASSIFICATION SOCIETY AND/OR TO THE PSC INSPECTORS IN
CASE IS REQUESTED.

CONFIRM SAFE RECEIPT.
BEST REGARDS
CAPT.D.DRYMONIS
SAFETY & QUALITY DEPT.
C.S.M.E./(AS AGENT ONLY)

------------------------ Original Message ------------------
Received Inc.MSG.: 88601        Date: Tue 08/Jan/2008 19:58
From: SVG GEN <"SVG Quality And Technical Division" <qualtech@svg-marad.com>>
Subject: FW: NICHOLAS M. / DETENTION AT ST. PETERSBURG ON 29.12.07 **
MSG#:<16943>
TO : <<operations@chianspirit.gr>>, <"INSB" <insb@hol.gr>>


Dear Cpt. C. Bourdis & Mr. P. Klavdianos

Considering your message below and the INSB message ISM/9754/PK/EF/08 dated
08.01.2008, this Administration has no objection to have the additional
vessel ISM audit carried out at the next port.

Best regards

Armando Capurro

Quality and Technical Division
Maritime Administration
St Vincent and the Grenadines

-----Original Message-----
From: Operations CHIAN SPIRIT [mailto:operations@chianspirit.gr]
Sent: 08 January 2008 14:48
To: insb@hol.gr; qualtech@svg-marad.com
Subject: NICHOLAS M. / DETENTION AT ST. PETERSBURG ON 29.12.07 **
MSG#:<16943>

MSGNO : 16943

1/11/2008

DATE : 08-Jan-2008 15:47

To:   St. Vincent and The Grenadines Geneva
      - Mr. Armando Capurro

Cc:   International Naval Survey Bureau
      - Mr. P. Klavdianos

Dear Sir,

Based on the Flag's Circular No PSC 018, an additional external audit must
be carried out prior vsl's sailing from present port.
However please note following difficulties:

- Due to the prolonged holiday period up to 09.01.08 all actions to get
visas have been postponed.

- The requirement of a special visa as to visit the specific port area,
which is issued from the ministry of foreign affairs is not obtained easily
and it requires a time period of approximately 15-30 days.

- There is no available local surveyor at port of St. Petersburg, as
previously advised by INSB who are reading us in copy and are kindly
requested to confirm same.

Give all above you are kindly requested to accept our appeal to postpone
vessel's additional external audit until next Brazilian port on/abt end of
February 2008.

Thank you in advance for your understanding.

Best Regards,

Cpt. Costas Bourdis
DPA
Chian Spirit Maritime Enterprises Inc.
(as agents only)

1/11/2008

# EXHIBIT 7

**Master NicholasM**

| | |
|---|---|
| **From:** | "Operations CHIAN SPIRIT" <operations@chianspirit.gr> |
| **To:** | <Master.NicholasM@telaurus.net> |
| **Sent:** | Tuesday, January 08, 2008 4:07 PM |
| **Attach:** | non conformity report nicholas.pdf |
| **Subject:** | ISSUANCE OF NON CONFORMITIES ** MSG#:<16947> |

MSGNO : 16947
DATE  : 08-Jan-2008 16:07

DEAR CAPTAIN,
FIND HEREWITH ATTACHED NON CONFORMITY REPORTS
ISSUED FROM THE UNDERSIGNED DUE TO PSC INSPECTION
DEFICIENCIES AT SAINT PETERSBURG.
UPON RECEIPT REVIEW SAME AND SIGN THEM SPECIFICALLY AT BOX 13 AND SEND
THEM BACK TO OUR OFFICE.
IN ORDER TO FULL FIL WITH SMS PROCEDURES PLEASE COMPLETE AND SEND TO
OUR OFFICE COPY OF THE FORM F0903 (SMS CHAPTER 9 FORM F0903 NEAR
MISS/ACCIDENT/INCIDENT ANALYSIS) REGARDING THE DEFICIENCY WITH CODE
2545.
MEAN TIME FOLLOW-UP THE CORRECTIVE ACTIONS STATED IN BOX 10 ONE BY
ONE AND REPORT TO OUR OFFICE ACCORDINGLY BY PRINTING THE WORD MASTER
AT BOX 14 AND STATE DOWN WHICH ITEM HAS BEEN COMPLETED. I. E.
(MASTER/ ITEMS 1,2,3,4,ETC). IN ADDITION PRINT THE DATE AT BOX 16
AND SEND ONE COPY TO OUR OFFICE.

CONFIRM SAFE RECEIPT FOR THIS MSG.

BEST REGARDS
CAPT. D.DRYMONIS
S&Q DEPT
C.S.M.E./(AS AGENT ONLY

 **NON CONFORMITY REPORT**

P1204
Approved by: DP
Revision date: 20-06-07
Revision no:00
Page 1 of 1

| 1.Dept/Vessel*: NICHOLAS M. | 2.NC Nr: 001/08 | 3.Date: 02/01/2008 | 4.Author: D.DRYMONIS |
|---|---|---|---|
| 5.SMS Ref: | | | |

| 6.ISM Code Ref: | 8.Distribution: MASTER – DPA – S &Q DEPT |
|---|---|

**9. Description of Non-Conformity**: Attached report with deficiencies issued by PSC inspector at Saint Petersburg on 29/12/2007. Specifically:

**Items**: 1)Cargo Safety Construction Certificate withdrawn by BV on 28.12.07

2) Class Certificate withdrawn by BV on 28.12.07

18) Bulkhead from main Deck to store room P/S holed.

19) Leakage from bilge collecting tank #9 (max Capacity 37.8 Cub.M) into E/R.

21) Cargo hatchways damaged.( Metal hinges torn out from base (Hold no 6) due to damage of Hydraulic system

22) Cargo Hatchways corroded.(Hatch covers, coamings, compression bars etc. of all the holds heavily corroded and should be properly inspected and repaired under class supervision.

**10.Corrective Action:**

A) Items 1, 2, 18, 19, 21, 22 to be rectified and inspected before departure to Class satisfaction.

B) Master to ensure rectification and to report accordingly to our Office with supporting documents such as: Declaration by Master in Writing to explain rectification procedures of the deficiencies concerning repairs, Classification society report. In addition PSC report with action taken (closed out, and/or any other comment) to be forwarded.

C) Discuss the subject in next safety meeting and avoid repetition of same deficiencies in the future.

**11. Time Limit**: Items 1, 2, 18, 19, 21 & 22 to be rectified before departure

| 12.Author's Signature: | 16.Report date of corrective action: |
|---|---|
| 13.Head of Dept/Master* | 17.Verification date: |
| 14.Corrective Action Completion Reported by: | 18. Closing date: |
| 15.Corrective Action verified by: | 19. DPA: |

*Delete as appropriate

*Non conformity Report to be filed in Deck Safety file 03A*

 **NON CONFORMITY REPORT**

F1204
Approved by: DF
Revision date: 20-08-07
Revision no:00
Page 1 of 1

| 1.Dept/Vessel*: NICHOLAS M. | 2.NC Nr: 002/08 | 3.Date: 02/01/2008 | 4.Author: D.DRYMONIS |
|---|---|---|---|
| 5.SMS Ref: | | | |
| 6.ISM Code Ref: | 8.Distribution: MASTER - DPA – S &Q DEPT | | |

9. **Description of Non-Conformity**: Attached report with deficiencies issued by PSC inspector at Saint Petersburg on 29/12/2007. Specifically:
Items: 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 24, 25, 27 & 28 not as required
See attached form from details.

10.**Corrective Action**:
A) Items 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 24, 25, 27 & 28   to be rectified before departure by ships staff respectively.
B) Master to ensure rectification and to report accordingly to our Office with supporting documents such as: Declaration by Master in Writing to explain rectification procedures of the deficiencies concerning repairs. In addition PSC report with action taken (closed out, and/or any other comment) to be forwarded.
C) Discuss the subject in next safety meeting and avoid repetition of same deficiencies in the future.

11. **Time Limit**: Items  3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 24, 25, 27 & 28  to be rectified before departure.

| 12.Author's Signature: | 16.Report date of corrective action: |
|---|---|
| 13.Head of Dept/Master*: | 17.Verification date: |
| 14.Corrective Action Completion Reported by: | 18. Closing date: |
| 15.Corrective Action verified by: | 19. DPA: |

*Delete as appropriate

*Non conformity Report to be filed in Desk Safety file 03.4*



# NON CONFORMITY REPORT

F1204
Approved by: DP
Revision date: 20-08-07
Revision no:00
Page 1 of 1

| 1.Dept/Vessel*: NICHOLAS M. | 2.NC Nr: 003/08 | 3.Date: 02/01/2008 | 4.Author: D.DRYMONIS |
|---|---|---|---|
| 5.SMS Ref: | | | |

| 6.JSM Code Ref: | 8.Distribution: MASTER – DPA – S &Q DEPT |
|---|---|

9. **Description of Non-Conformity:** Attached report with deficiencies issued by PSC inspector at Saint Petersburg on 29/12/2007. Specifically:
**Items:** 5 & 26 not as required
See attached form from details.

10.**Corrective Action:**
A) Item 5 to be rectified before departure (Company's action).
B) Item 26 to be updated always (2nd or 3rd Officer)
C) Master to ensure compliance and to report accordingly to our Office with supporting documents such as: Declaration by Master in Writing to explain rectification procedures of the deficiencies. In addition PSC report with action taken (closed out, and/or any other comment) to be forwarded.
D) Discuss the subject in next safety meeting and avoid repetition of same deficiencies in the future.

11. **Time Limit:** Items 2 & 26 to be rectified before departure.

| 12.Author's Signature; | 16.Report date of corrective action: |
|---|---|
| 13.Head of Dept/Master | 17.Verification date: |
| 14.Corrective Action Completion Reported by: | 18. Closing date: |
| 15.Corrective Action verified by: | 19. DPA: |

*Delete as appropriate

*Non conformity Report to be filed in Deck Safety file 03A*



# NON CONFORMITY REPORT

F1204
Approved by: DP
Revision date: 20-08-07
Revision no:00
Page 1 of 1

| 1.Dept/Vessel*: NICHOLAS M. | 2.NC Nr: 004/08 | 3.Date: 02/01/2008 | 4.Author: D.DRYMONIS |
|---|---|---|---|
| 5.SMS Ref: | | | |

| 6.ISM Code Ref: | 8.Distribution: MASTER – DPA – S &Q DEPT |
|---|---|

9. Description of Non-Conformity: Attached report with deficiencies issued by PSC inspector at Saint Petersburg on 29/12/2007. Specifically:
Items: 16 & 20 not as required
See attached form from details.

10.Corrective Action:
A) Items 16 & 20   to be rectified (supplied) before departure (Company's action).
B) Master to ensure compliance and to report accordingly to our Office with supporting documents such as: Declaration by Master in Writing to explain rectification procedures of the deficiencies and relevant delivery invoices. In addition PSC report with action taken (closed out, and/or any other comment) to be forwarded.
C) Discuss the subject in next safety meeting and avoid repetition of same deficiencies in the future.

11. Time Limit: Items 16 & 20 to be rectified before departure.

| 12.Author's Signature: | 16.Report date of corrective action: |
|---|---|
| 13.Head of Dept/Master: | 17.Verification date: |
| 14.Corrective Action Completion Reported by: | 18. Closing date: |
| 15.Corrective Action verified by: | 19. DPA: |

*Delete as appropriate

*Non conformity Report to be filed in Deck Safety file 03A*



# NON CONFORMITY REPORT

F1204
Approved by: DP
Revision date: 20-08-07
Revision no:00
Page 1 of 1

| 1.Dept/Vessel*: NICHOLAS M. | 2.NC Nr: 005/08 | 3.Date: 02/01/2008 | 4.Author: D.DRYMONIS |
|---|---|---|---|
| 5.SMS Ref: | | | |
| 6.ISM Code Ref: | 8.Distribution: MASTER - DPA – S &Q DEPT | | |

**9. Description of Non-Conformity:** Attached report with deficiencies issued by PSC inspector at Saint Petersburg on 29/12/2007. Specifically:
Item: 23 not as required
See attached form from details.

**10.Corrective Action:**
A) Regarding Item 23 such incidents/accidents and/or near misses should be reported by using the SMS form F0903 Near Misses/Accidents/Incident Analysis SMS chapter 9.
B) Master to ensure compliance and to report accordingly to our Office with supporting documents. Such as form F0903.
 In addition PSC report with action taken (closed out, and/or any other comment) to be forwarded.
C) Discuss the subject in next safety meeting and avoid repetition of same deficiencies in the future.

**11. Time Limit:** Item 23 to be rectified before departure.

| 12.Author's Signature: | 16.Report date of corrective action: |
|---|---|
| 13.Head of Dept/Master*: | 17.Verification date: |
| 14.Corrective Action Completion Reported by: | 18. Closing date: |
| 15.Corrective Action verified by: | 19. DPA: |

*Delete as appropriate

*Non conformity Report to be filed in Deck Safety file B3A*