GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH†
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS△
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT†
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

RECEIVED
MAR 07 2008
HON.
U.S. DISTRICT JUDGE
S.D.N.Y.

March 7, 2008

OUR REF: 78/MEU/SL

**BY FAX (212) 805-7901**
The Hon. Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

    Re:    Sixteen Thirteen Marine S.A. v. Congentra A.G.
            08 CV 1318 (HB) – SDNY

Dear Judge Baer:

    We represent Plaintiff Sixteen Thirteen Marine S.A. in the above-captioned matter and write to respectfully request that the Court permit additional time for Plaintiff to serve and file its papers in opposition and to adjourn the oral argument on Defendant Congentra A.G.'s motion which seeks to vacate a maritime attachment. We have requested Defendant's agreement to an extension of the briefing schedule but that requested has been refused.

    Defendant's voluminous moving papers, nearly four inches in thickness, were filed late in the evening on March 5, 2008 and not seen by the undersigned until the next day. The motion primarily attacks Plaintiff's underlying claims as lacking in merit and suggests that Plaintiff has misrepresented the facts in its Amended Complaint upon which the attachment, which was brought to secure claims being arbitrated in London, is based. Defendant submits the Declarations of four individuals, relying on numerous documents appended as exhibits, to attempt to demonstrate the supposed fallaciousness of Plaintiff's claims, the merits of which will be decided by the arbitrators in London. In addition, Defendant further argues that Plaintiff cannot recover on its claims as a matter of English law and submits the Declarations of a former Judge of the London Commercial Court and Defendant's London solicitor in support of its

NYDOCS1/300268.1

interpretations. (We note the exhibits to one of these Declarations were not received until today.) Defendant relies heavily on the assertions made in both Declarations, quoting almost four consecutive pages of single-spaced text from the one Declaration in its Memorandum of Law in Support of the Motion to Vacate.

At present Plaintiff's opposition papers in response to Defendant's arguments are due to be served and filed by March 13, 2008. Defendant's reply papers are due at 9:00 a.m. on March 17 with oral argument scheduled for 2:00 p.m. the same day.

In order to be able to respond to the numerous factual and legal arguments made by Defendant, the assistance of Plaintiff's London solicitor is critical. The undersigned has explained to Defendant's counsel that Plaintiff's solicitor is traveling out of the office from today through the middle of next week and will be unable to assist in preparing Plaintiff's opposition or in liasing with an English barrister to obtain a Declaration in response to that submitted by the former Judge before the current deadline. In addition, I have depositions scheduled of out of town witnesses in a multi-million dollar cargo action set for Tuesday and Wednesday of next week which I am unable at this point to adjourn. Notwithstanding the above, Defendant's counsel has advised that his client will not consent to an adjournment of the briefing schedule and argument date.

Under the circumstances, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff's opposition papers to March 25, 2008 so as to provide it the benefit of advice from its English solicitor. If the Court is agreeable to the extension, Defendant's counsel has requested until April 1, 2008 to submit reply papers and for oral argument to be heard at the Court's earliest opportunity.

We thank the Court for its courtesy and attention to this request.

*The oral argument is hereby adjourned to March 27, 2008, at 2:30 p.m. in Courtroom 23B. The deadline for Plaintiff's opposition papers shall be March 21, 2008, and the deadline for any reply shall be March 25, 2008.*

Respectfully submitted,
FREEHILL, HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc

cc: **BY FACSIMILE (212) 490-6070**
Lennon, Murphy & Lennon, LLC
Attn: Kevin J. Lennon

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: March 10, 2008

NYDOCS1/300268.1

FREEHILL, HOGAN & MAHAR LLP

Endorsement: The oral argument is hereby adjourned to March 27, 2008, at 2:30 p.m. in Courtroom 23B. The deadline for Plaintiff's opposition papers shall be March 21, 2008, and the deadline for any reply shall be March 25, 2008.