LAW OFFICES OF

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

RECEIVED
APR 22 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

April 22, 2008

OUR REF: 78/MEU/SL

**BY FAX (212) 805-7901**
The Hon. Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re: Sixteen Thirteen Marine S.A. v. Congentra A.G.
08 CV 1318 (HB) – SDNY

Dear Judge Baer:

We write in response to the request by counsel for defendant Congentra made by email today for leave to file a supplemental declaration from Congentra's English solicitor, Mr. Euroff Lloyd-Lewis. It is the position of plaintiff Sixteen Thirteen Marine that the request should be denied as this matter was fully briefed and argued to Judge Baer some time ago. Moreover, Mr. Lloyd-Lewis was present at the hearing held on March 28, 2008 but did not testify. If he had anything further to say beyond what was set forth in his Declaration, he had every opportunity to do so at the hearing. An attempt to seek to submit further testimony, the nature of which has not been revealed, two weeks after the hearing, when plaintiff has no opportunity to cross-examine Mr. Lloyd-Lewis, is wholly inappropriate. Accordingly Sixteen Thirteen Marine objects to the request to reopen the proceeding to submit additional testimony.

NYDOCS1/301353.1

The Hon. Harold Baer, Jr.
April 22, 2008
Page 2

    Notwithstanding the foregoing, if the Court is inclined to permit further submission by defendant Congentra, plaintiff Sixteen Thirteen Marine requests that it be given the opportunity to respond as may be necessary.

    We thank the Court for its consideration and courtesy.

> Respectfully,
> FREEHILL, HOGAN & MAHAR LLP
>
> Michael E. Unger

MEU/mc

cc: **BY FACSIMILE (212) 490-6070**
    Lennon, Murphy & Lennon, LLC
    Attn: Kevin J. Lennon

*[Handwritten annotation by the Court:]* I am not so inclined. Not only do I have your memoranda but a document — the fact that a decision has not yet been published in no way means the second is open for more material. Denied.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 4/23/08

NYDOCS1/301353.1

Endorsement:

    I am not so inclined.  Not only do I have your memoranda but I listened to argument and the fact that a decision has not yet been published in no way means the record is open for more material.  DENIED.