78-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SIXTEEN THIRTEEN MARINE S.A.,

                Plaintiff,

-against-

CONGENTRA A.G.,

                Defendant.
------------------------------------------------------------x

08 CV 1318 (HB)

ORDER
DIRECTING RELEASE OF FUNDS
AND DISCONTINUANCE OF
ACTION

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

WHEREAS the Court having been notified of the parties' settlement of their dispute and after having reviewed the parties' stipulations;

IT IS HEREBY ORDERED that Defendant's funds restrained at non-party garnishee BNP Paribas be released to Defendant CONGENTRA pursuant to wire transfer instruction to be provided to the bank by Defendant's counsel, LENNON, MURPHY & LENNON, LLC; and

IT IS HEREBY FURTHER ORDERED that no further attachment of Defendant's restrained funds being released hereunder by any garnishee shall be permitted under any other Ex Parte Order(s) and Process of Maritime Attachment and Garnishment(s) issued pursuant to Supplemental Rule B by this Court to any other claimant against the Defendant; and

IT IS HEREBY FURTHER ORDERED that this action be discontinued with prejudice and without costs as to either party.

Dated: New York, New York
       August ___, 2008

_____
Hon. Harold Baer, Jr., U.S.D.J.

NYDOCS1/311367.1